UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN WATERS,<br><br>        Plaintiff,<br><br>v.<br><br>A.W.COOK et al,<br><br>        Defendant. | Case Number: CV07-04683 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michael Lynn Waters P-16171
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: January 11, 2008

                                            Richard W. Wieking, Clerk
                                            By: Frank Justiliano, Deputy Clerk