IN THE UNITED STATES NORTHERN DISTRICT COURT FOR CALIFORNIA

FILED
FEB 27 PM 1:2[?]
RICHARD [...]
CLERK, U.S. [...]
NORTHERN DISTRICT [...]
OF CALIFORNIA

IN THE CASE OF:

MICHAEL LYNN WATERS,
            PLAINTIFF,

V.

A.W. COOK
       DEFENDANT(S).

CASE NUMBERS

C 07 4683 CRB

* C 06 6375 CRB *

"EMERGENCY / REQUEST"

MOTION FOR PREMISSION TO RECEIVE THE ORIGINAL 602 AND DEPARTMENT OF CORRECTIONS - DIRECTOR'S REVIEW ATTACHED. FOR THE NOW PENDING CASE TO RESUBMIT / REPRODUCE AND SUPPORT MY EXHAUSTION TO THE HIGHEST APPEAL THAT WAS AVAILABLE

"RETURN STAMPED ENVELOPE ATTACHED"

PLAINTIFF "DON'T" NEED THE OTHER EXHIBITS - JUST THE 602 / DIRECTOR'S REVIEW.

IN PRO SE:

MICHAEL LYNN WATERS
# P-16171  A-1-208
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CALIFORNIA
                              95532

# MEMORANDUM IN SUPPORT OF THIS REQUEST

PLAINTIFF CONTENDS HERE THAT UNDER CASE NUMBER: (C 06-6375-CRB (PR)) HE PRESENTED A MOTION TO PRESENT THE REQUESTED EXHAUSTION IN PLAINTIFF'S CASES. ENTERED IN CIVIL DOCKET (10/23/06).

FURTHER, THIS MOTION IN THE CASE NO: (C 06-6375-CRB) CONTAIN THE ORIGINAL (602-AND DIRECTORS REVIEW). IN WHICH IS RELATED NOW TO CASE NO: (C 07-4683-CRB (PR))

FILED (JAN 11, 2008)
(ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS)
AND
(ORDER OF SERVICE)
DIRECTING THE DEFENDANTS TO ANSWER (NO LATER THAN "90" DAYS)
"HOWEVER"
STATING ON (PAGE: (4) (LINES: 12-17)
PLAINTIFF IS ALSO ADVISED THAT A MOTION TO DISMISS FOR FAILURE TO (EXHAUST) ADMINISTRATIVE REMEDIES UNDER (42 U.S.C. § 1997e(a) WILL, IF GRANTED, END YOUR CASE, ALBEIT WITHOUT PREJUDICE YOU MUST "DEVELOP A RECORD" AND PRESENT IT IN YOUR OPPOSITION IN ORDER TO DISPUTE ANY "FACTUAL RECORD" PRESENTED BY THE DEFENDANTS IN THEIR MOTION TO DISMISS. (WYATT V. TERHUNE, 315 F.3d, 1108, 1120 n.14 (9TH CIR. 2003).

PLAINTIFF STATES THAT HE HAD TO SEND HIS ORIGINAL 602/DIRECTOR'S REVIEW FOR REASONS BEYOND HIS CONTROL.

PROOF OF SERVICE

I, MICHAEL LYNN WATERS, HEREBY CERTIFY THAT I AM OVER THE AGE OF (18) YEARS AND A PARTY TO THE WITHIN ACTION. ON, 2/24/08, I SERVED THE ATTACHED DOCUMENT ON THE LISTED PARTY BELOW BY PLACING SAID DOCUMENT IN THE U.S. MAIL HERE AT: PELICAN BAY STATE PRISON - P.O. BOX 7500 - CRESCENT CITY, CALIFORNIA 95532:

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
   U.S. DISTRICT COURTHOUSE
   450 GOLDEN GATE AVE, 16TH FLOOR
   SAN FRANCISCO, CALIFORNIA 94102

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT:

2/24/08
DATED:

Michael Lynn Waters
SIGNATURE

MICHAEL LYNN WATERS #P-16171
A-1-208
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CALIFORNIA
95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAILED FROM ZIPCODE 95531

OFFICE OF THE "CLERK"
NORTHERN DISTRICT OF CALIFORNIA
U.S. DISTRICT COURTHOUSE
450 GOLDEN GATE AVE, 16TH FLOOR
SAN FRANCISCO, CALIFORNIA 94102

9410233661 C004

"EMERGENCY - REQUEST"