1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  LILY A. KORMAN, State Bar No. 242688
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703- 5507
    Fax: (415) 703-5843
8   Email: Lily.Korman@doj.ca.gov

9  Attorneys for Defendants C. Wilber, F. Jacquez, R.
   Horel, and J. Robertson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL LYNN WATERS,**<br><br>                               Plaintiff,<br><br>         v.<br><br>**A.W. COOK, et al,**<br><br>                               Defendants. | C 07-4683 CRB (PR)<br><br>**DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL**<br><br>Judge:    The Honorable<br>             Charles R. Breyer |

**WAIVER OF REPLY**

Defendants C. Wilber, F. Jacquez, R. Horel, and J. Robertson waive their right to reply to Plaintiff's complaint, and plan to file a responsive motion within ninety days of the Court's order screening the complaint under 28 U.S.C. § 1915A (Order Partial Dismissal and Service, Jan. 11, 2008). Under the Prison Litigation Reform Act, a defendant in a prisoner suit may waive the right to reply without admitting the complaint's allegations. 42 U.S.C. § 1997(e)(g). The court may not grant the plaintiff any relief unless a reply has been filed. *Id.* And the court may order a defendant to file a reply only "if it finds that the plaintiff has a reasonable

Defs.' Waiver Reply & Demand Jury Trial                                    *Waters v. Cook, et al.,*
                                                                            C 07-4683 CRB (PR)

1

1 opportunity to prevail on the merits." *Id.*

**DEMAND FOR JURY TRIAL**

Defendants Hatton, Billings, Rodriguez, Baker, Mata, Picazo, Moore, Mendoza, and Rocha demand a trial by jury in this case.

Dated: March 12, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

LILY A. KORMAN
Deputy Attorney General
Attorneys for Defendants C. Wilber, F. Jacquez, R. Horel, and J. Robertson

40228111.wpd
SF2008400642

Defs.' Waiver Reply & Demand Jury Trial

*Waters v. Cook, et al.*,
C 07-4683 CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Waters v. Cook, et al.,**

No.:   **C 07-4683 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 12, 2008**, I served the attached

### DEFENDANTS' WAIVER OF REPLY AND DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Michael Lynn Waters, P-16171**
**Pelican Bay State Prison**
**A-1-208**
**P. O. Box 7500**
**Crescent City, CA 95532**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 12, 2008**, at San Francisco, California.

| T. Oakes | [signature] |
|---|---|
| Declarant | Signature |

40228320.wpd