IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LYNN WATERS, | ) | |
| Plaintiff(s), | ) | No. C 07-4683 CRB (PR) |
| v. | ) | ORDER |
| A. W. COOK, et al., | ) | (Doc # 10) |
| Defendant(s). | ) | |

Plaintiff has filed a motion for permission to receive various original exhibits filed in an earlier action of his that was dismissed for failure to exhaust available administrative remedies, <u>Waters v. Horel</u>, No. C 06-6375 CRB (PR) (N.D. Cal. filed Oct. 11, 2006). He claims that the exhibits are important to the instant case.

Plaintiff's motion (doc # 10) for return of the original exhibits is DENIED. Good cause appearing, however, the clerk is instructed to send plaintiff a copy of the complaint and exhibits in his earlier action.

SO ORDERED.

DATED: <u>March 19, 2008</u>

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB.07\Waters, M2.or2.wpd