IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LYNN WATERS, | ) | |
| Plaintiff(s), | ) | No. C 07-4683 CRB (PR) |
| v. | ) | ORDER |
| A. W. COOK, et al., | ) | (Doc # 13) |
| Defendant(s). | ) | |

Plaintiff has filed a motion for permission to present a declaration to one of the defendants for his admission and signature. The motion (doc # 13) is DENIED. Plaintiff may submit written interrogatories and/or requests for admission from the same defendant pursuant to Federal Rules of Civil Procedure 33 and 36, however. No permission or further order from the court is required. See Jan. 11, 2008 Order of Service at 4 (noting that discovery may be taken without further order from the court).

SO ORDERED.

DATED: April 3, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Waters, M2.or3.wpd