UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN WATERS,<br><br>            Plaintiff,<br><br>   v.<br><br>A.W.COOK et al,<br><br>            Defendant.<br>_____/ | Case Number: CV07-04683 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Lynn Waters P-16171
Pelican Bay State Prison
A-1-208
P.O. Box 7500
Crescent City, CA 95531

Dated: April 4, 2008

                                    Richard W. Wieking, Clerk
                                    By: Barbara Espinoza, Deputy Clerk