1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  LILY A. KORMAN, State Bar No. 242688
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5507
    Fax:  (415) 703-5843
8   Email:  Lily.Korman@doj.ca.gov

9  Attorneys for Defendants C. Wilber, F. Jacquez, R.
   Horel, J. Robertson, D. Melton, M. Cook, C. Patten,
10 R. Bell, and R. Linfor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL LYNN WATERS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>A.W. COOK, et al,<br><br>　　　　　　　　　Defendants. | C 07-4683 CRB (PR)<br><br>**DEFENDANTS' MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

　　　As explained more fully in the accompanying declaration of counsel, Defendants Defendants C. Wilber, F. Jacquez, R. Horel, J. Robertson, D. Melton, M. Cook, C. Patten, R. Bell, and R. Linfor (Defendants) respectfully request a thirty-day extension of time, up to and including May 12, 2008, in which to file a dispositive motion. This extension will allow counsel

///

///

///

Defs.' Mot. Ext. Time　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Waters v. Cook, et al.,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07-4683 CRB (PR)

1

to conduct further factual investigation and witness interviews in support of a dispositive motion.

Dated: April 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

*[signature]*

LILY A. KORMAN
Deputy Attorney General
Attorneys for Defendants C. Wilber, F. Jacquez, R. Horel, J. Robertson, D. Melton, M. Cook, C. Patten, R. Bell, and R. Linfor

40238865.wpd
SF2008400642

Defs.' Mot. Ext. Time

*Waters v. Cook, et al.,*
C 07-4683 CRB (PR)