1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DAVID S. CHANEY
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   THOMAS S. PATTERSON
    Supervising Deputy Attorney General
5   LILY A. KORMAN, State Bar No. 242688
    Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5507
     Fax: (415) 703-5843
8    Email: Lily.Korman@doj.ca.gov

9   Attorneys for Defendants C. Wilber, F. Jacquez, R.
    Horel, J. Robertson, D. Melton, M. Cook, C. Patten,
10  R. Bell, and R. Linfor

11

12                  IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15
    MICHAEL LYNN WATERS,                    C 07-4683 CRB (PR)
16
                              Plaintiff,    DECLARATION OF
17                                          COUNSEL IN SUPPORT OF
                                            DEFENDANTS' MOTION
18           v.                             FOR A THIRTY-DAY
                                            EXTENSION OF TIME TO
    A.W. COOK, et al,                       FILE A DISPOSITIVE
19                                          MOTION
                              Defendants.
20

21

22       I, Lily A. Korman, declare as follows:

23       1.    I am an attorney admitted to practice before this Court. I am employed by the

24  California Attorney General's Office as a Deputy Attorney General in the Correctional Law

25  Section, and I am assigned to represent Defendants C. Wilber, F. Jacquez, R. Horel, J. Robertson,

26  D. Melton, M. Cook, C. Patten, R. Bell, and R. Linfor (Defendants) in this case. I am competent

27  to testify to the matters set forth in this Declaration, and if called upon to do so, I would and

28  could so testify. I submit this declaration in support of Defendants' Motion for a Thirty-Day

Decl. Counsel Supp. Defs.' Mot. Ext. Time                    *Waters v. Cook, et al.,*
                                                             C 07-4683 CRB (PR)

1 | Extension of Time to File a Dispositive Motion.

2 |     2.    This is a 42 U.S.C. § 1983 action filed by a state prisoner.  The Complaint was filed on
3 | September 11, 2007.  (Compl., Docket No. 1.)

4 |     3.    On January 11, 2008, this Court found that liberally construed, Plaintiff stated
5 | cognizable claims under 42 U.S.C. § 1983 for injunctive relief based on deliberate indifference to
6 | his safety needs and ordered service on Defendants.  (Order, Docket No. 8.)  This Court directed
7 | Defendants to file a motion for summary judgment or other dispositive motion "[n]o later than 90
8 | days from the date of this order."  (*Id.*)  Thus, a motion for summary judgment or dispositive
9 | motion is currently due on April 10, 2008.

10 |     4.    In March, I was assigned to this case and I began my review of this matter.

11 |     5.    I began drafting a dispositive motion in this case but determined that I need to conduct
12 | further factual research and consult with witnesses.  Therefore, I request a thirty-day extension of
13 | time, up to and including May 12, 2008, to file Defendants' motion for summary judgment or
14 | other dispositive motion.

15 |     6.    Plaintiff is confined in state prison and cannot easily be contacted concerning an
16 | extension of time.  I will serve Plaintiff by overnight mail since it is difficult to deliver a copy of
17 | the motion to him the same day under Local Rule 6-3.

18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

Decl. Counsel Supp. Defs.' Mot. Ext. Time

*Waters v. Cook, et al.,*
C 07-4683 CRB (PR)

1      7.   This is Defendants' first request for an extension of time.  This request is not made for

2  purposes of delay, or harassment, or any other improper purpose.

3            Dated:  April 9, 2008

4                            Respectfully submitted,

5                            EDMUND G. BROWN JR.
                            Attorney General of the State of California

6                            DAVID S. CHANEY

7                            Chief Assistant Attorney General

                          FRANCES T. GRUNDER

8                            Senior Assistant Attorney General

                          THOMAS S. PATTERSON

9                            Supervising Deputy Attorney General

10

11

12

13                            LILY A. KORMAN
                          Deputy Attorney General

14                            Attorneys for Defendants C. Wilber, F. Jacquez, R. Horel, J.
                          Robertson, D. Melton, M. Cook, C. Patten, R. Bell, and R. Linfor

15

16  40238869.wpd
    SF2008400642

17

18

19

20

21

22

23

24

25

26

27

28

Decl. Counsel Supp. Defs.' Mot. Ext. Time

*Waters v. Cook, et al.,*
C 07-4683 CRB (PR)