IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL LYNN WATERS,**<br><br>                                       Plaintiff,<br><br>         v.<br><br>**A.W. COOK, et al,**<br><br>                                       Defendants. | C 07-4683 CRB (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

For good cause appearing, the request of Defendants C. Wilber, F. Jacquez, R. Horel, J. Robertson, D. Melton, M. Cook, C. Patten, R. Bell, and R. Linfor for an extension of time to file a dispositive motion is hereby GRANTED.  Defendants may file a motion for summary judgment or other dispositive motion up to and including May 12, 2008, Plaintiff's opposition is due no later than June 11, 2008, and Defendants' reply brief is due on or before June 26, 2008.

IT IS SO ORDERED.


Dated: _____          _____
                                                          HON. CHARLES R. BREYER
                                                          United States District Judge

[Proposed] Order Granting Defs.' Mot. Ext. Time                                    *Waters v. Cook, et al.,*
                                                                                                                                C 07-4683 CRB (PR)

1