1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

**MICHAEL LYNN WATERS,**                    C 07-4683 CRB (PR)

12                                  Plaintiff,    **[PROPOSED] ORDER
                                                GRANTING DEFENDANTS'**
13                                              **MOTION FOR A THIRTY-**
                      **v.**                    **DAY EXTENSION OF TIME**
14                                              **TO FILE A DISPOSITIVE**
**A.W. COOK, et al,**                           **MOTION**
15
                                    Defendants.
16

17        For good cause appearing, the request of Defendants C. Wilber, F. Jacquez, R. Horel, J.

18  Robertson, D. Melton, M. Cook, C. Patten, R. Bell, and R. Linfor for an extension of time to file

19  a dispositive motion is hereby GRANTED.  Defendants may file a motion for summary

20  judgment or other dispositive motion up to and including May 12, 2008, Plaintiff's opposition is

21  due no later than June 11, 2008, and Defendants' reply brief is due on or before June 26, 2008.

22        IT IS SO ORDERED.

23

24  Dated:  _ April 10, 2008 _____          _____

25                                          HON. CHARLES R. BREYER
                                            United States District

26

27

28

[Proposed] Order Granting  Defs.' Mot. Ext. Time                 *Waters v. Cook, et al.,*
                                                                 C 07-4683 CRB (PR)