**State of California**

*(handwritten: FILED WITHHELD 4-7-08 UNTIL)*

*(handwritten, upper right: JUDGE CHARLES R. BREYER)*

# Memorandum

Date    : 04/01/2008

*(handwritten: Inmate Waters)*

To      : *(handwritten)* CCF # P-16171
*(handwritten)* A1-208

*(handwritten, right side:)*
I DECLARE UNDER PENALTY OF
PERJURY THAT I DID RECEIVE THESE
DOCUMENTS ON (4-4-2008)
4-4-08
DATED
Michael Jerry Waters
SIGNATURE

From    : **Department of Corrections**
Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000

**FILED**

*(handwritten:)* GIVEN TO ME ON (4-4-2008)
BY:

Subject : RETURNED PHOTOCOPY REQUEST

APR 1 0 2008

*(handwritten:)* 4-4-08
OFFICERS SIGNATURE
HERE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Facility 'A' Law Library is returning your document(s) that you submitted for photocopying for the following reason(s):

☒ Photocopy material does not meet the criteria as stated in Department Operations Manual (DOM), Section 14010.21.2 LEGAL DOCUMENTS. *(handwritten: 'Y or 822 )*

NOTE: *Law book pages, law review articles, court transcripts, correspondence with attorneys or public officials, slip opinions, except as noted in Section 14010.21.2, personal mail, etc., will not be copied).*

☐ Photocopy material is not complete. All document(s) required for photocopying were not enclosed with request (completed signed writ, cover sheet, etc.).

☐ A completed Trust Withdrawal (CDC-193) was not attached.

☐ Requested photocopy material was submitted by another inmate.

*(handwritten:)* ☒ Exhibits must be cleanly marked and separate. Exhibit 8 and the other "declarations" are inappropriate

☐ *(handwritten:)* use of resources; attachments are addressed to other
Number of copies requested exceeded number required by court (Ref. DOM Section 14010.21.4) Number of copies actually copied: ____ *(handwritten: inmates on unable to copy while)*

As stated in DOM, Section 14010.21, copy service is provided as a convenience for inmates in preparing *legal* documents. Photocopy service rules are maintained in order to prevent abuse and to assure that all inmates have the opportunity to benefit from the service.

## STAFF USE ONLY

**TYPE OF MATERIAL REQUESTED:**

_____

cc: Inmate's Library file

A/YARD

LAW - LIBRARY

LEGAL - COPIES - NEED

*

*

LEGAL - COPIES - NEEDED

LAW - LIBRARY

A/YARD

TO: THE HONORABLE JUDGE:
CHARLES R. BREYER

SIR,

PLAINTIFF NEED
COPY AS WELL
THANK YOU

WOULD YOU "PLEASE" ALLOW YOUR
"CLERK" TO SEND TRUE COPY(S) TO THE
LISTED PARTY(S) ATTACHED TO PROOF OF SERVICE,
THE LAW - LIBRARY OR WHO EVER HELD THESE
DOCUMENTS WAS) EVIL MOTIVE!

NO SIGNATURE SIR

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

4-4-08
DATED

Michael Lynn Watters
SIGNATURE

OFFICER'S SIGNATURE WHO HANDED
THESE DOCUMENTS IS ATTACHED ON (TOP)
SECOND PAGE "SIR,"

RESPECTFULLY

MICHAEL LYNN WATTERS
#P-16171

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

To: Warden

Approved _____    Date 3/31/08 ___, 20 _____

I hereby request that my Trust Account be charged $ _____ for the purpose stated below and authorize the withdrawal of that sum from my account:

# P-16171
NUMBER

_____
NAME (Signature please, DO NOT PRINT)

PURPOSE: LEGAL - COPIES

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

NAME _____

ADDRESS _____

_____

MICHAEL WATERS
PRINT YOUR FULL NAME HERE

# PELICAN BAY STATE PRISON
## A FAC., LAW LIBRARY
### REQUEST FOR LEGAL PHOTO COPY SERVICE

( NUMbERED) TOP RIGHT HAND)

RULES AND CONDITIONS:

1. WHEN REQUESTING PHOTOCOPY SERVICES, YOU MUST COMPLETELY FILL OUT AND SUBMIT:
   - A.) REQUEST FOR PHOTOCOPY SERVICE FORM.
   - B.) SIGNED TRUST WITHDRAWAL FORM.
2. PHOTOCOPY SERVICE IS LIMITED TO LEGAL DOCUMENTS <u>AS PER D.O.M.</u> §14010.21.LAW BOOKS,REFERENCE MANUALS, TRANSCRIPTS, PERSONAL MAIL, ETC. <u>WILL NOT BE COPIED.</u>
3. COST FOR PHOTOCOPY SERVICES WILL BE TEN CENTS (10¢) PER PAGE.
4. NO INMATE MAY SUBMIT ANOTHER INMATE'S DOCUMENTS FOR COPY.
5. SEPARATE ALL DOUBLE SIDED AND ODD SIZED PAGES FROM THE REST OF YOUR DOCUMENTS TO ASSIST STAFF IN MORE EFFICIENT HANDLING OF YOUR RE QUESTS. <u>DO NOT TIE OR TAPE PAGE TOGETHER.</u>
6. PHOTOCOPY SERVICE IS SUBJECT TO THESE RULES AND CONDITIONS TO PREVENT ABUSE AND TO ASSURE THAT ALL INMATES HAVE THE OPPORTUNITY TO BENEFIT FROM THE SERVICE.

I HAVE READ THE RULES AND CONDITIONS ABOVE. I AGREE TO ACCEPT AND COMPL' WITH THEM.

NAME (PRINT): MICHAEL LYNN WATERS    C.D.C. #: P-16171    CELL #: A-1-208

TYPE OF DOCUMENT: MOTION -    NUMBER OF PAGES: (24)

NAME OF COURT: NORTHERN DISTRICT    NUMBER OF COPIES: (3)

PLAINTIFF:    TOTAL COPIES:

DEFENDANT: MICHAEL LYNN WATERS PAINTIFF    TOTAL COST:

INMATES SIGNATURE: Michael Lynn Waters    DATE: 3/31/08

*** STAFF ONLY ***

APR 0 1 REC'D
A YARD LAW LIBRARY

DATE RECEIVED IN LIBRARY:

APPROVED:    DENIED: NC - 4/3 REASON FOR DENIAL: See Attached

COMPLETED BY:    DATE:

UNIT STAFF SIGNATURE:    DATE:

RECEIVED & APPROVED:    DATE:
                    (Inmate Signature)

IN LIB:    PAGED:

FLOOR OFFICER: HAVE INMATE SIGN. THEN RETURN TO LAW LIBRARY.
***THANKS!***

IN THE UNITED STATES NORTHERN
DISTRICT COURT FOR CALIFORNIA

MICHAEL LYNN WATERS
      PLAINTIFF,

VS.

WARDEN, COOK
      DEFENDANTS,

C 07-4683 CRB (PR)
CASE NO:

EMERGENCY MOTION
ILLEGAL RETALIATION FOR
FILING A CIVIL ACTION UNDER
RULES OF "PROTECTED CONDUCT."
AND SEEK RELIEF FOR DAMAGES.

JUDGE: THE HONORABLE
      CHARLES R. BREYER

NOTICE TO ALL INTERESTED PARTY(S)

PRISON OFFICIALS RETALIATION CONCERNING THE ABOVE CASE-
NUMBER: CAUSING A "CAMPAIGN OF HARASSMENT" SEE (BART V.
TELFORD), 677 F.2d 622 (7TH CIR. 1982): MOST IMPORTANTLY— AN
UNKNOWN INVESTIGATOR HAS (CALLED) MY FATHER (MR. LANELL
WRIGHT) AND INFORMED HIM THAT AN INMATE: (CHARLES DRUHE-
# C-31261) A-1-211) WHO MY FATHER IS MORE OR LESS CONSULTING
WITH, THAT THE $50.00 HE SENT TO INMATE: DRUHE, PRISON AUTHORITIES
SENT IT BACK, FEARING THAT YOU MAY BE PAYING FOR PROTECTION OR
SOME SUCH THING: UNBEKNOWING TO PRISON OFFICIALS. MY FATHER: MR —

(LONELL WRIGHT) SEE (EXHIBIT-A) ((INMATE: DRUMES)) (DECLARATION-ATTACHED) * (A-PRIEST):

MR. LONELL WRIGHTS LETTER (PERSONAL) TO (INMATE: DRUME) DATED: (FEB 15, 2008) (PAGE-1)

UNDER-LINE< CHARLES, I HAVE SPENT THE LAST THREE YEARS IN THEOLOGICAL SEMINARY AND WILL BE ORDAINED A PRIEST IN THE EPISCOPAL CHURCH LATER THIS YEAR.

(PAGE-2)

UNDER-LINE< CHARLES, I TRIED SENDING YOU THE MONEY, I SENT A LETTER, I LATER RECEIVED A PHONE CALL FROM AN INVESTIGATOR AT PBSP TELLING ME HE WOULD RETURN THE CHECK TO ME AS IT MAY BE SENT FOR THE WRONG REASON. I AM ENCLOSING A COPY OF THE ENVELOPE THAT WAS RETURNED TO ME FOR YOUR INFORMATION:

(EXHIBIT-B)

ONE (1) OF THE MAIN-DEFENDANT(S) IN THIS CIVIL ACTION, THE PBSP APPEALS COORDINATOR WHO HAS REFUSED TO PROCESS THIS (602) CONCERNING THIS MATTER AT HAND: (THAT I SHOULD GO BACK TO)

(HOWEVER)

ON (3/26/2008) WATERS (I) WAS TAKEN BACK TO (ICC), BEFORE ANOTHER (A.W. SMITH)   AS CC II-EDWARDS GAVE HIM (NO) KNOWLEDGE OF MY (SAFETY) ISSUES OF BEING IN (A-1-208) FOR PROTECTION FROM BLACK INMATES:

AS PLAINTIFF HAD TO EXPLAIN: OTHER COMMITTEE MEMBERS STATED THAT I SHOULD BE SENT TO (LANCASTER OR CORCORAN) KNOWING THAT I CAN'T LIVE IN (GENERAL-POPULATION) AGAIN:

WARDEN SMITH> UNDERSTOOD AND PLACED ME UNDER INVESTIGATION AGAIN. CONCERNING MY (SAFETY): IN WHICH I AM THANKFUL FOR:

(3)

SEE (EXHIBIT-C)

THE LETTER TO (PLAINTIFF), ON (FEB 18TH 2008),
PAGE (2) I SENT THE CHECK TO (CHARLES), THE PRISON AUTHORITIES
SENT IT BACK, FEARING THAT YOU MAY BE PAYING FOR PROTECTION
OR SOME SUCH THING:

SEE (EXHIBIT-D)
THE (DEBRIEFING-ACCEPTANCE) (GENERAL-CHRONO)
FOR (INMATE: CHARLES DRUME, # C-31261) (DATED: 4/12/00):
(CDC-128-B-2) (5/95)

HOWEVER, PRISON OFFICIALS HAS CALLED MY (FATHER)'S NAME
AN GAVE HIM FALSE-INFORMATION, CLAIMING THAT THIS
INMATE WAS TAKING MONEY FROM (PLAINTIFF) FOR PROTECTION
AFTER BEING (3) CELLS DOWN FROM PLAINTIFF FOR: (14-MONTHS).

THE SUM OF MONEY DAMAGES
SHOULD BE (AWARDED) HERE: DUE TO THE UNDISPUTED
(EVIL MOTIVES) TO BREAK PLAINTIFF DOWN TO NOTHING: PLAINTIFF
HAS (BEGGED) THE DEFENDANTS TO ACKNOWLEDGE THE (MISTAKE)
OF (CCII-LINFOR'S FALSIFIED) DOCUMENT OF THE COMMITTEE PROCEEDINGS
OF (3/8/06): INWHICH THEY REFUSED TO BELIEVE AN INMATE
OVER A STAFF OR OFFICER (MEMBER.)

PLEASE SEE (EXHIBIT-E)
ANSWER FROM THE (PLAINTIFFS) INMATE REQUEST, STATING
THAT A COPY OF (MY) (FOR) COMMITTEE (ACTION) WILL DOCUMENT
PLAINTIFFS (CELL-STATUS)?

PLEASE, SEE AND ACKNOWLEDGE THAT THE STAFF-
OFFICIALS HAS REFUSED TO GIVE PLAINTIFF A COPY OF THESE-

(4)

(EOP) COMMITTEE (ACTIONS) BETWEEN (3/28/06 - JUNE-06) WHY?

PLAINTIFF CONTEND'S THAT AND) (ORDER) OF THIS COURT- REQUESTING A TRUE AND) CORRECT COPY OF THE following (DOCUMENTS) be forward) AN PRESENTED TO THIS DISTRICT COURT JUDGE AND) PLAINTIFF:

(1) ANY AND) ALL TRUE COPIES OF (PLAINTIFF'S) (EOP) COMMITTEE ACTIONS FROM (3-28-06 ——— JUNE-06) ONLY:

(2) TRUE COPY OF THE (CDC-FORM-114-A) FROM (2/28/06 - 3/28/06) "PSU"

(3) FOR (A.W. PATTEN) TO ANSWER THE ATTACHED (AFFIDAVIT). ATTACHED, ACCORDING TO (HER) (PBSP- ENHANCED) OUTPATIENT PROGRAM-ORIENTATION BOOKLET)    AS being THE HEAD) SUPERVISOR OVER THE PSYCHIATRIC SERVICES UNIT)    ATTACHED TO THE AFFIDAVIT.)
        SEE (EXHIBIT-F )

        RELIEF SHOULD) be GRANTED TO
        CLEAR UN)ISPUTED) FACTS OF EVIL-MOTIVES

                        RESPECTFULLY

        3/31/08                     Michael Lynn WATERS
        DATE                        PRINT-HERE

REASON FOR GRANTING
MOTION/CIVIL ACTION

PLAINTIFF NOW PRAY THAT HIS MOTION AND PENDING CIVIL ACTION UNDER CASE NO. ( C 07-4683 CRB (PR) ) be PLACED UNDER (RULE-56) OF THE FEDERAL RULES OF CIVIL PROCEDURE, SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF, AS A MATTER OF LAW,

THEREFORE, (PUNITIVE DAMAGES) A COURT MAY AWARD PUNITIVE DAMAGES " WHEN THE DEFENDANTS CONDUCT IS SHOWN TO be MOTIVATED by EVIL MOTIVE AND INTENT, OR WHEN IT INVOLVES RECKLESS OR CALLOUS INDIFFERENCE TO THE FEDERALLY PROTECTED RIGHTS OF OTHER." (SMITH V. WADE, 461 U.S. 30, 56, 103 S. CT. 1625, 1640, 75 L. Ed. 2d 632 (1983).

AS A.W. SMITH GAVE CCII- EDWARDS AN (ORDER) TO CONTACT MY FAMILY- HE REFUSED THIS ORDER: THE VERY LAST LETTERS I RECEIVED FROM MY MOTHER ATTACHED (JAN 28TH 2008) AND FROM MY FATHER (Feb 18TH, 2008). SOMEONE (HAS) TO FUNISH WHAT NEEDS ARE ALLOWED FOR NORMAL- PRISON LIFE, ALL OF THIS EVILNESS JUST STATED AFTER (JAN 11TH, 2008)? THIS IS PLAINTIFF'S SECOND TIME AT PBSP. AND MONEY AND PACKAGES HAVE been SENT TO OTHER INMATES by (MRS. OTHELL + LAVORA WATERS) (0-318-285-7500) (MR. LONELL WRIGHT)

THE ISSUE RAISED HERE, WHETHER (DEFENDANTS) MAY be HELD PERSONALLY LIABLE FOR PLAINTIFF'S DAMAGE: A PLAINTIFF MAY ESTABLISH PERSONAL RESPONSIBILITY " IF THE OFFICIALS ACTS OR FAILS TO ACT WITH A DELIBERATE OR RECKLESS DISREGARD OF PLAINTIFF'S CONSTITUTIONAL RIGHTS, OR IF THE CONDUCT CAUSING THE CONSTITUTIONAL DEPRIVATION OCCURS AT HIS DIRECTION OR WITH HIS KNOWLEDGE OR CONSENT." (CROWDER V. LASH, 687 F. 2d 996, 1005 (7TH CIR. 1982) (WELLMAN V. FAULKNER, 715 F. 2d 269, 275 (7TH CIR, 1983).

I DECLARE UNDER PENALTY OF PERJURY-THAT THE FOREGOING IS TRUE AND CORRECT:

3/30/08
DATED

Michael ___ ___
SIGNATURE

# CONCLUSION

PLAINTIFF CONTENDS HERE THAT WARDEN-SMITH IS THE ONLY OFFICIAL CONCERNED FOR PLAINTIFF'S SAFETY, AND TO STAY IN CONTACT WITH HIS FAMILY.

HOWEVER, DUE TO THE PRISON OFFICIALS HAS CUT OFF ALL CONTACT WITH PLAINTIFF AND HIS FAMILY, WHO CAN PROVIDE FOR HIM THE MONEY, PACKAGES, STAMPED ENVELOPES, LOVE TO REMAIN ALIVE TO DEAL WITH PRISON LIFE, AND NOW, THE "POSSIBLE" 100% OF RETURNING TO THE FREE WORLD OUTSIDE OF PRISON- DUE TO (NEWLY-DISCOVERED) EVIDENCE, IN WHICH (MR. LONELL WRIGHT) PLAINTIFF'S FATHER CAN (ONLY) PROVIDE,

THE SUM OF ($10,000.00) SHOULD BE GRANTED NOW AGAIN DEFENDANTS FOR ALLOWING SOME PRISON OFFICIAL TO CALL (MR. LONELL WRIGHT), PLAINTIFF'S (ONLY) SUPPORT TOWARD HIS FREEDOM FROM PRISON- TO GIVE (FALSE) INFORMATION OF PAYING FOR PROTECTION WHILE ON LOCKDOWN IN A SINGLE-CELL, KNOWING THIS INFORMATION WAS/IS HUMANLY IMPOSSIBLE.

THEREFORE, (IF) PLAINTIFF IS PAYING FOR PROTECTION WHILE ON LOCKDOWN FOR PROTECTION, · WOULD THE PBSP OFFICIALS BE IN (A-1-208)? SEE (FARMER V. BRENNAN, 511 U.S. 825, 832 (1994). THE EIGHT AMENDMENT REQUIRES THAT PRISON OFFICIAL'S TAKE REASONABLE MEASURES TO GUARANTEE THE SAFETY OF PRISON:

3/30/08
DATED

RESPECTFULLY
MICHAEL LYNN WATERS
PRINT- HERE

# PROOF OF SERVICE

I MICHAEL LYNN WATERS, HEREBY CERTIFY THAT I AM OVER THE AGE OF (18) YEARS AND A PARTY TO THE WITHIN ACTION. ON 3/30/08 I SERVED THE ATTACHED DOCUMENT(s) ON THE LISTED PARTY(s) BELOW by PLACING THE SAID DOCUMENT(s) IN THE U.S. MAIL, HERE AT: PELICAN BAY STATE PRISON _ P.O. BOX 7500 _ CRESCENT CITY, CALIFORNIA _ 95532.

JUDGE'S CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GOLDEN GATE AVE. 16TH FLOOR,
SAN FRANCISCO, CALIFORNIA
94102

OFFICE OF THE
ATTORNEY GENERAL
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
455 GOLDEN GATE AVE.
SUITE - 11000
SAN FRANCISCO, CALIFORNIA
94102

A.W. SMITH
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CALIFORNIA
95532

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT:

3/30/08
DATED:

Michael Lynn Waters
SIGNATURE

## DECLARATION

I ————— A.W. C. PATTEN —————— HEREBY CERTIFY THAT I AM THE VERY SAME ASSOCIATE WARDEN WHO WAS IN CONTROL OF THE SET < BEHAVIORAL EXPECTIONS:> WITHIN THE PELICAN BAY STATE PRISON (ENHANCED) OUTPATIENT PROGRAM) ORIENTATION BOOKLET) ATTACHED AS(EXHIBIT- )    PAGE (9) STATING: C.M. PATTEN

I FURTHER STATE THAT I HAVE PERSONALLY CONFRONTED PLAINTIFF: INMATE (MICHAEL LYNN WATERS) #P-16171  A-1-208 >:

AS THE ORDER OF THE UNITED STATES NORTHERN DISTRICT COURT OF CALIFORNIA (DISTRICT COURT JUDGE)(HON: CHARLES R. BREYER) HAS REQUESTED: I NOW HAVE FOUND THAT DURING AN (ICC) AS I SET IN TO CONCLUDE THE LIVING STATUS OF THIS INMATE (WATERS) BEFORE ENTERING MY (EOP) PROGRAM: I DO REMEMBER HAVING A HEATED <DISCUSSION) WITH THIS INMATE AS TO WHETHER HE WOULD BECOME LISTED AS (SINGLE-CELL-STATUS) OR (DOUBLE-CELL-STATUS) DUE TO HIS (SEVERE) (O.C.D.) ISSUES: WHERE HE IS DEALING WITH UNCONTROLABLE (MASTURBATES):

I FURTHER STATE THAT THE LISTED INFORMATION IS ATTACHED WITHIN (EXHIBIT- ) (M.D. DOUGLAS) (PSYD, CLAUDIA LAKE) (DR. LEVINE) (2/19-22/06) I NOW CONCLUDE THAT. (CHAIR. F. JACQUEZ) STOP) INMATE (WATERS) AND) MYSELF AS INMATE (WATERS) KEPT RUNNING HIS MOUTH THAT IF I SIGNED MY OWN NAME PLACING HIM IN A DOUBLE-CELL, HE WOULD LIVE WITH SOMEONE, INMATE (WATERS) WAS ESCORTED OUT OF (ICC) WHILE WE DID DISCUSS THIS ISSUE, AS I DID TELL INMATE (WATERS) THAT HE WOULD BECOME SINGLE-CELLED IN MY (EOP) ON (3-28-06) AND PLACED ON (A-1-A) STATUS: PAGE (2) OF THE EOP BOOKLET STATES: (DURING ORIENTATION) PERIOD) (14) DAYS ( BEGIN LOOKING FOR A CELLMATE: ANY REFUSAL TO DOUBLE-CELL- WILL BE PUNISHED ACCORDINGLY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT:

————— DATED              ————— SIGNATURE

# DECLARATION
*

I (NAME) __CHARLES DRUME__ HEREBY STATE THE FOLLOWING
PRINT - HERE
TO BE TRUE AND CORRECT:

I NOW STATE THAT (EXHIBIT-A) THE PERSONAL LETTER PLACED
IN INMATE: WATERS > EMERGENCY MOTION > WAS SENT TO ME, AS
I HAVE FILED MY INMATE (GRIEVANCE) CONCERNING THIS MATTER AND
REQUESTING MONEY DAMAGES AS WELL.

I FURTHER STATE THAT, THE DUE PROCESS CLAUSE PROTECTS A
STATE PRISONER'S RIGHTS UNDER THE FIRST AMENDMENT, INCLUDING
FREE SPEECH, THE RIGHT TO ASSOCIATE WITH ANYONE YOU CHOOSE, AND
FREEDOM TO PRACTICE YOUR RELIGION: AS WELL AS THE DUE PROCESS
CLAUSE ALSO INCORPORATES YOUR RIGHT UNDER THE EIGHT-AMENDMENT
AGAINST "CRUEL AND UNUSUAL PUNISHMENT:

I FURTHER STATE THAT UP UNTIL THIS DISTRICT COURT SERVED
CIVIL ACTION DOCUMENTS ON PRISON OFFICIAL'S. I HAVE BEEN RECEIVING, MONEY,
STAMPED ENVELOPES FROM INMATE WATERS #P-16171 - A-1-208 > GRAND MOM
AND MOM IN BERNICE, LOUISIANA, AND HIS FATHER MR. LONELL WRIGHT.
AS WELL AS, I'VE BEEN TAKING CARE OF INMATE WATERS WITH MY OWN
MONEY WITH CANTEEN ITEMS, HOW CAN I PROTECT AN INMATE IN (A-1)
WHEN WE (ALL) ARE LOCKED DOWN WITH NO CONTACT AND (2) OFFICES
ESCORT WHENEVER LEAVING AND RETURNING TO OUR CELLS:
     AS STATED BY INMATE WATERS > ALLOW US TO PAY FOR A REQUEST
LIE DETECTOR TEST, WHERE I WOULD STATE THAT (1) INMATE WATERS HAS NOT
OR EVER PAID ME FOR ANY PROTECT, (2) I HAVE GIVEN INMATE WATERS MUCH
MORE OF MY FOOD + CANTEEN IF ANYTHING. (3) THAT I AM THE ONLY BLACK
FRIEND IN A-1- BLOCK THAT INMATE WATERS HAS: (4) IF I PASS THIS TEST THE
__DEFENDANT(S) PAY ALL COURT COST AND ($ 1,500.00) FOR MY EVIL PUNISHMENT.__
     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT:     ___3/30/08___      _Charles Drume_
                          (DATE)              SIGNATURE

Lonell Wright
7696 Stevenson Way
San Diego, CA 92120
Lonell@joimail.com
504 494 8021 or 619 564 8222 )
February 15, 2008

Dear Charles,

Thanks for the very nice touching letter you wrote to me. I was touched by the
forthrightness of your letter. It had a real confessional tone to it as well as a tone of
acceptance of responsibility for your past sins. I want you to know that I feel very blessed
by your letter and for your presence in my life. I am one who believes that all things that
happen to us are in some way given to us, and if we are open to the Holy Spirit's
guidance, can use them to the glory of God. I do not believe in coincidence. I believe
your letter is providence and as we communicate with each other, we will understand
better why and how we are to minister to each other.

Your very humble confession of your sins spoke to me. It caused me to look at my
sinfulness and the many wrongs I have committed against God and my fellow man. We
all have committed sin. God loves a contrite heart and repentant spirit.

You told me a lot about yourself, yet did not mention the crime you committed to land
you in prison for twenty-seven years to life. I am guessing it was murder. Regardless of
the crime, the important thing to God is that you have confessed and that you have
repented. I am also impressed that you have gone to school, completed a GED program
and are continuing to study, learning about God, and yourself as related to your fellow
human beings.

Charles based upon what you told me, you had a very difficult start and deserved better.
Children deserve loving, supportive parents that love them enough to discipline them, to
provide them with an understanding of their place in the universe. Based upon what you
told me, you did not have that. No one gave you the love and support you needed to
achieve in school. No one made you understand that they took delight in you and that
God and your parents or significant others were thankful for bringing you into history. A
very tough start indeed, yet you have now overcome those very significant impediments.
You have disciplined yourself to the tasks of becoming literate, getting to know our
loving God and his Son, Jesus Christ. I am impressed with your writing skills and your
ability to express yourself in writing. You obviously, have worked very hard to get to
where you are today.

Charles, I have spent the last three years in theological Seminary and will be ordained a
priest in the Episcopal Church later this year. I, too have had to face my sins and am very
fortunate that God's grace saved me. I, by the grace of God, have never been incarcerated
and have had a good life, not because I was so god, but because of God's grace. We all
fall short. Some of us, myself included, were fortunate enough to have parents,
grandparents, relatives and friends to direct us, love us, support us and hold us
accountable. Most people have that someone. It seems as though you did not have those
special persons in your life. Yet, you have come to grips with those things and you are
paying the price. You will be in my prayers.

Thanks for the clasped hands prayer and for generally taking the time to write me and to share your self with me, a total stranger.

Charles, I tried sending you the money. I sent a letter. I later received a phone call from an investigator at PBSP telling me he would return the check to me as it may be sent for the wrong reason. I am enclosing a copy of the envelope that was returned to me for your information.

I hope that you will be able to "turn the other cheek" when attacked for no reason. Pray about it. It is very difficult to do. You will only be able to do so eith guidance form the Holy Spirit.

Charles I hope this letter finds you well in every way. Know that I will be praying for you.

Lonell Wright.

Lonell Wright
7696 Stevenson Way
San Diego, CA 92120
Lonell@joimail.com
504 494 8021or 619 564 8222
February 18, 2008

Dear Son,

I hope you are well and having a great day. We are all well down this way and grateful
for life and health.
I need to apologize to you. Somehow, I have lost your last two letters. I am pretty sure
they may have been accidentally knocked into the trashcan next to my desk. I had opened
them and left them on the desk for reading the next day. When I realized they were
missing and was looking for them, the trashcan had been emptied and the refuse truck
had run and emptied the large, outside trashcan. I am very sorry and ask your forgiveness.
I know one was postmarked Feb. 11th. Maybe there was only one from you and the one
from Charles. I have the one from him.
In your letter of Jan 21st, you asked many questions. I am photocopying your questions
and writing answers to them. They are enclosed. I will answer each question as they all
are important to me if they are important to you. The ones that require a long answer, I
will refer to by number and answer. As you can see from the enclosed, I have answered
them all.
Michael, sometimes I get just a little tired of your accusations and insinuations. I try very
hard to understand what you are saying in your letters. You say that I am "ALWAYS
assuming: What do you mean when you say " 1) that I would receive (2) packages at the
same time:")? This is the direct quote from your letter.
Son, as strange as it may seem to you, I do try to understand and I try to be responsive to
your requests. They change rather drastically from time to time and do not quite know
what to do. This letter is delayed because I had written some words that would not have
been helpful so I have gone back on today (Feb. 29) and eliminated many of them and
altered them so that, hopefully, they will be an indication that I really do want to help and
I do not want to be a stumbling block to you. You need to understand that I spend a lot of
time, energy, and a great deal of money trying very hard to be responsive to you and your
many requests. It seems to me that no matter what I do, it isn't enough. Michael, I will
just do what you ask. I will not offer suggestions or opinions when what you are asking is
not within my power or is outside what I am willing to do for financial or other reasons..
No son, I will not send Mr. Bloom up there. The cost of such a visit would be enormous.
If you want him to represent you, find a way to get to him what you want him to do.

Michael, you said you want to be left alone. Is this what you really want? If yes, I will
comply. If no, do not tempt me. I may grant your request some day.
You have recently sent me two or three of your "SIR" letters. Please keep them in the
future. They do nothing to foster a stronger relationship.

You requested that I send the legal papers you sent back to you. While gathering them, I received three large manila envelopes stuffed with legal documents. Is it your desire that I send those back also?

I sent the check to Charles. The prison authorities sent it back, fearing that you may be paying for protection or some such thing.

A suggestion to save postage; You may consider gathering your thoughts for several days and including them in the same envelope, rather than sending two to four letters in the same week.

Michael, I pray for you every day, that you will be healed and that the inequities you received during your incarceration and trial will somehow be corrected. Be of good cheer and have faith.

Pops.

Pops.

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

March 20, 2008

*WATERS, P16171*
*AF01U 000000208L*

Log Number: PBSP-S-
(Note: Log numbers are not assigned to screen out appeals or informal level appeals.)

The enclosed documents are being returned to you for the following reasons:

*This is a request for information; it is not an appeal. Use form GA-22, Inmate Request for Interview.*

*WHILE SOME APPEALS SHOULD BE INITIATED AT THE INFORMAL LEVEL, YOU ARE ONLY REQUIRED TO ATTEMPT TO DO SO. IF YOUR APPEAL ISSUE IS NOT SATISFACTORILY ADDRESSED ( OR NOT ADDRESSED AT ALL) AT THE INFORMAL LEVEL, YOU ARE TO FORWARD YOUR APPEAL DIRECTLY TO THE APPEALS OFFICE FOR IMMEDIATE TRACKING, REVIEW AND FURTHER DIRECTION AND/OR ASSIGNMENT AT THE FORMAL LEVEL.*

Appeals Coordinator
Pelican Bay State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |
| :---: |

INFORMAL APPEALS
AND 6A-225 GONE
IGNORED.

## INMATE/PAROLEE
## APPEAL FORM
CDC 602 (12/87)

Location:  Institutio **PBSP**    Log No.    Category
1. _____    1. _____    10/12
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME MICHAEL WATERS   NUMBER P-12171   ASSIGNMENT NONE   UNIT/ROOM NUMBER A-1-208

A. Describe Problem: FOR SOME UNKNOWN REASON I CAN'T RECEIVE ANY KIND OF AN ANSWER FROM (602'S) OR INMATE REQUEST FOR INTERVIEWS> AS WE BOTH KNOW THAT PBSP OFFICIALS AND STAFF CAN DO AS THEY WANT. HOWEVER, YOUR (RULES) REMIND THE SAME, WE CAN'T MOVE ON WITHOUT AN ANSWER FROM A (LOWER LEVEL? (UNDISPUTED FACTS) (7) 602'S FILED TO CCII-MR. EDWARDS WHO NEVER ANSWERS (ANYONE) (2) REQUEST TO (RECORD OFFICE FROM (COPIES) OF MENTAL HEALTH RECORDS + C-FILE FOR FEDERAL COURT) (AS WELL AS AN UNKNOWN PBSP-INVESTIGATOR (CALLED) MY DAD (MR WRIGHT) TELLING HIM THAT I WAS PAYING FOR PROTECTION:

If you need more space, attach one additional sheet (IF IM NOT ALLOWED TO CALL HOME) WHO CAN CALL WITHOUT MY PERMISSION!

B. Action Requested: DUE TO THE CONSTITUTIONAL VIOLATIONS UNDER THE (8TH AND 14TH) AMENDMENTS I REQUEST THE SUM OF ($20,000.00) REFUSAL FOR ACCESS TO COURTS WITH REQUESTED INFORMATION > PBSP INVESTIGATOR GIVING FALSE INFORMATION TO A FAMILY WHO IS A (PRIEST) THAT I NEVER (MET) WITH AND TRYING TO HELP ME OUT OF PRISON:

Inmate/Parolee Signature: Michael Lynn Waters   Date Submitted: 3/17/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim    CDC Appeal Number: _____

MAR 20 2008

30

STATE OF CALIFORNIA                                                    DEPARTMENT OF
CORRECTIONS
CDC 128-B-2 (5/95)

---

**INMATE'S NAME: DRUME, CHARLES**                          **CDC NUMBER: C31661**

---

On 03/24/00 the debriefing report of inmate DRUME dated 01/14/99 AND 03/10/00 was reviewed and accepted. Inmate DRUME has completed the first phase of the debriefing process. Inmate DRUME will be required to successfully complete an integrated yard program. Upon completion of the program, a validation package requesting dropout status must be submitted . After review of the validation package a CDC 128B-2 (gang validation chrono) will be issued.

Date: 03/12/00                    DEBRIEFING ACCEPTANCE                    GENERAL CHRONO

REVIEWER'S SIGNATURE _S. Cubhlun l_                    DATE: 04/12/00

P139-

'00 APR 14  PM 12 04
CAPTAIN, INVESTIGATIVE
SERVICES
RECEIVED

INMATE REQUEST FOR INTERVIEW    DEPARTMENT

9-23-06 B-YARD - CAPTAIN-BELL (WATERS)    P-16171

B-8-110    NONE    JOB NUMBER FROM    TO

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)    ASSIGNMENT HOURS FROM    TO

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

SIR, I NEED A COPY OF THE (SINGEL-CELL-STATUS) FROM (EOP)
B-3-117 ? I WAS THERE WITH YOUR PROGRAM FROM 3-28-06 -
JUNE-2006, SINGEL CELL(E) BY WARDEN PATTEN, Now THEY HAVE ME
IN BAD PLACEMENT, WITHOUT A CDC 115/OR REFUSAL/SAYING IM NOT SINGEL CELL.

INTERVIEWED BY    CC II (a)    SEE CCII UNFOR    DATE

DISPOSITION
Your Copy of committee action (in EOP)
will document your cell status.

FROM 3/4/06 - 8/16/06 J WATS. P

# PELICAN BAY STATE PRISON

# ENHANCED OUTPATIENT PROGRAM

## ORIENTATION BOOKLET



1

REVISED AUGUST 2003

While there are other EOP Programs throughout the California Department of Corrections (CDC), each one is unique. At Pelican Bay, you will be interviewed by your assigned Primary Clinician within one to three days of your arrival. He/she will present your case at the EOP Treatment Team within fourteen days. The Team will determine your eligibility for the program at that time. The decision to admit or not to admit to EOP is determined by statewide criteria formulated by CDC. Each person's length of stay in EOP is different. Your Primary Clinician will discuss discharge with you at the appropriate time.

## 2. WHAT HAPPENS DURING THE EVALUATION PERIOD?

From four to fourteen days following your arrival, you will be on "**orientation**" status. This is a time for you to get settled in your new surroundings and meet the clinical and custody staff. It is also a time when you will get to know the unit routine, as well as the other inmates.

**While you are on "orientation" status, you will only be out of your cell for the following reasons: 1) Psychiatric or medical appointments with the unit psychiatrist or yard physician; 2) Clinical interviews with your Primary Clinician or other staff members; 3) Showers; and 4) Newcomers Group with the Clinical Director. \*\*NOTE: During this period you will be cell fed, no dayroom, no phones, and no yard.\*\***

**\*\*\*NOTE: During this period, begin looking for a cellmate. You are expected to be double celled by the end of the Orientation Period (fourteen days), unless a Classification Committee deems otherwise. This is considered part of your program, as well as all individual treatment plans.\*\*\***

When the evaluation period is over, you will be seen by the Unit Classification Committee and the EOP Interdisciplinary Treatment Team. You will be advised of your acceptance or rejection to the program at that time.

## 3. WHO MAKES UP THE TREATMENT TEAM:

The IDTT is made up of the Program Director, EOP Psychiatrist, all the EOP Primary Clinicians, EOP Psychiatric Technician, EOP Recreation Therapist, EOP Nurse, EOP Correctional Officers, EOP Sergeant, PSU Lieutenant, and Captain.

## 4. WHAT HAPPENS AT THE TREATMENT TEAM MEETING?

a. At the Treatment Team Meeting, you will be informed whether you have been accepted into the program or referred elsewhere.
b. You may ask your classification staff or clinician any related questions.
c. If you are accepted into EOP, you will be assigned a Primary Clinician at that time, providing that action has not already taken place. She/he meets with you once per week in her/his office, in the EOP Treatment Center, to discuss personal issues of concern to you. Working together, you will develop a treatment plan with goals that address your specific problems.

## 5. WHAT TYPE OF SERVICES WILL I RECEIVE FROM DIFFERENT STAFF?

a. Primary Clinician
   1)    Joint preparation of your treatment plan
   2)    One therapy session per week in Clinician's office
   3)    Sixty and ninety day reviews

REVISED AUGUST 2003

2. **BEHAVIORAL EXPECTATIONS:**

The same rules and regulations for your behavior apply in EOP, as anywhere else in CDC. CDC 115's will be given in the same manner as on the mainline for conduct that breaks the rules.

3. **NEW ARRIVALS:**

Upon arrival into the EOP program, if you have any concerns about the program, be sure to bring these issues up at your meeting. If you have an emergency and need to contact your family, the EOP Correctional Counselor (CCII) can authorize a call once the emergency is confirmed. **After** you have gone to committee, you may **then** sign up for a telephone call, and you will be cleared to go to the yard. The A-2B Privilege Group receives one telephone call per month. Your Classification Committee is usually held during the same week as your first Treatment Team. **Therefore, it is to your benefit to attend.**

4. **PROPERTY:**

You will get your property the first or second weekend after you arrive, provided it has arrived at the institution.

5. **MEALTIME: \*\*A MENU WILL BE POSTED\*\***

Breakfast...................0615 hours.
Lunch........................brown bag.
Dinner.......................1630 or 1800 hours, on a rotating basis.
Cell feeding during Modified Program

6. **CLOTHING ATTIRE DURING MEALS:**

(This attire also is mandatory for inmates attending groups or Treatment Team.)

a. Blue chambray shirts and blue denim pants must be worn in the dining hall.
b. Shirttails must be worn tucked inside the pants.
c. Shirtsleeves must be rolled down while inside the dining hall.
d. No head garments (i.e., watch caps, scarves, hairnets, or wave caps) may be worn in the dining hall.
e. Shoes and socks must be worn in the dining hall. No flip-flops.
f. No jackets or sweat clothing will be worn as an outer garment.
g. When you exit your cell, turn right and go down the stairs. When you return to your cell, go up the right stair set.

7. **DINING ROOM BEHAVIOR:**

a. Upon entering the dining hall, you will be directed by officers where to sit.
b. All tables will be filled uniformly. No skipping seats, unless otherwise directed by staff.
c. Once you have been seated, **Please... do not stand back up until you are told to do so by staff. Standing up, could be considered an aggressive act and will be dealt with accordingly. If you have a problem while seated in the dining hall, signal for staff and they will help you.**
d. No passing trays between tables
e. When released from your table, dump your tray and take your cup to the exit. There you will deposit your cup in the tubs provided. You will keep your spork.

5

f. **No** personal cups or tumblers may be brought into the dining hall.
g. Only one whole fresh fruit may be taken from the dining hall.
h. **No** other food or beverage is to be taken from the dining hall.

## 8. YARD:

At this time, inmates who are in the EOP are allowed to go to EOP Yard #1, Monday through Friday. Each day during the week, EOP may go out during morning or afternoon. A schedule will be posted for you on the day room bulletin board. **Yard time will alternate daily:**
**Morning yard 0900 to 1100 hours.**
**Afternoon yard 1300 to 1500 hours.**
**Yard times may change or be canceled due to security needs.**

## 9. LAUNDRY:

Clothing is changed every Wednesday. There is one bag for whites and one bag for blues.

## 10. CLOTHING AND SUPPLIES:

a. You will receive your standard clothing issue, sometimes the next day, or as soon as possible.
b. Soap, toothpowder, and other supplies will normally be issued once a week, if needed.

## 11. HOUSEKEEPING RESPONSIBILITIES:

a. Each inmate is responsible for the content and condition of his cell.
b. Cells are to be maintained in a clean and sanitary condition.

**\*\*\*\*NOTE: Each cell is designated with a "trap" system. DO NOT flush any paper products, except toilet paper. If you clog your toilet, you may be required to sign a CDC 193 for repair.\*\*\***

c. Upon assignment to a cell, search it thoroughly.
d. Report all contraband and damaged or missing fixtures to the Housing Unit Officer immediately, otherwise, you will be held responsible.
e. Windows are not permitted to have coverings of any kind on them. This includes, but is not limited to, paper, cardboard, etc. No articles permitted on the window ledges. Doors are not to be covered at any time.
f. Light fixtures are not to be covered. Lights are to be turned off when inmates leave the cell.
g. Makeshift shelving and cupboards are not permitted. No cardboard of any kind is allowed in the cells.
h. No curtains are permitted.
i. No items are to be suspended from the top bunk that block the view of the bottom bunk.
j. Towels, blankets, and other items of bedding are not to be used as table coverings or rugs.
k. No clotheslines from light fixtures.
l. No clothes line on door front.

## 12. SHOWERS: - 15 MINUTES PER SHOWER

Everyday from 1400 to 2030.

REVISED AUGUST 2003



### 13. SHAVING:

Razors will be passed out by Custody for shaving purposes. Once completed, staff will collect the razor. **There are to be no razors in any house on a full time basis.** If you fail to return your razor, you will be charged with Possession of a Deadly Weapon as per memorandum of December 4, 2002.

**\*SPECIAL RAZOR STATUS\* - AN INMATE MAY BE PLACED ON "RAZOR RESTRICTION" OR "RAZOR PRECAUTION" BY THE TREATMENT TEAM AT ANY TIME.**

A current list of all EOP inmates on razor precaution/restriction will be generated by the EOP Program Office at the beginning of each week and that list will be provided to the EOP unit custody staff.

### INMATES ON RAZOR RESTRICTION/PRECAUTION:

EOP inmates on razor restriction/precaution WILL NOT under any circumstances be in possession/control of a razor, not even during showers.

### INMATES ON RAZOR PRECAUTION:

When an inmate is identified as on razor precaution, and is requesting to groom himself, staff will escort the inmate to a holding cell in B3 Rotunda. Staff will issue the inmate hair clippers and necessary attachments to the inmate. When the inmate has completed the use of the hair clippers, staff will ensure accountability of the hair clippers and all attachments, prior to the inmate returning to his cell. After inmate use, staff will ensure sanitation procedures are in compliance, prior to the storage of the hair clippers.

### DOUBLE CELLED EOP INMATES:

If an inmate on razor precaution/restriction is double celled with an inmate **not on razor precaution**/restriction, the inmate **not on razor restriction/precaution** will be issued his razor **ONLY** while in the shower. The razor will be returned to custody staff prior to the inmate returning to his cell. With these circumstances, the inmate **not on razor restriction/precaution** WILL NOT be permitted/allowed to use or to have in his control/possession of a razor while inside his assigned cell.

### 14. PHONE CALLS:

1900 to 2030 on Monday through Sunday.

### 15. CANTEEN:

You are selected to draw from canteen by the last two digits of your CDC number. The Trust Account Withdrawal slip must be turned in the Friday before your draw week. There are three different draws and the list will be posted in the rotunda, or speak to the floor officer. Canteen is delivered in the Unit.

### 16. LIBRARY:

You can request up to two library books a week. Friday is delivery day, so you will need to put in your request by Wednesday to receive your books on Friday. A Library Request form is attached to this packet.

REVISED AUGUST 2003



## 17. **JOB AND EDUCATION LIST**:

You will be placed on the Job and Education List, just as you would be on the general population yard. This usually takes place at your first Treatment Team. At Pelican Bay State Prison, the list is long. However, being in EOP does not slow down your getting to the top of the list. You can ask your correctional counselor for more information about this.

## 18. **MODIFIED PROGRAM**:

a. Main Yard activities are modified following a major incident that occurs on the yard.
b. During Modified Program inmates will be cell fed. However, the EOP groups and one-to-ones usually continue as directed by custody staff.

## 19. **WRITING LETTERS**:

a. You should have already been made aware of the rules of CDC about letters coming in and out of the institution.
b. The address at Pelican Bay State Prison is as follows:

> Pelican Bay State Prison
> P.O. Box 7500
> (Your Housing)
> Crescent City, CA 95531-7500.

## 20. **MEDICAL AND DENTAL**:

a. To get on the sick call list you must complete a sick call slip and drop it in the sick call box.
b. If you need help filling it out, ask the nurse or MTA.
c. If you have a medical emergency, notify the officers and they will have medical personnel see you immediately.
d. For routine medical clinic visits, you will be charged $5.00 which will be deducted from your account.
e. The same procedure is followed for appointments to the dental clinic.
f. The medical and dental clinics are located in the PSU Treatment Center.
g. State law requires TB testing. It will not affect your medication nor will your medications affect your TB tests.

## 21. **RELIGIOUS SERVICES**:

Religious services are available for all faiths scheduled as follows:

| | |
|---|---|
| Protestant: | Saturday 1300 to 1500 |
| | Sunday 0800 to 0900 |
| Catholic: | Sunday 1000 |
| Muslim: | Friday 1300 to 1500 |
| | Saturday 0900 to 1100 |
| Native American: | Saturday 0900 to 1100, 1300 to 1500 |
| | Sunday 0900 to 1100, 1300 to 1500 |
| Jehovah's Witness | Saturday 0900 to 1100 |

REVISED AUGUST 2003



If you need a different kind of religious service, or if you wish to be seen individually by a chaplain, fill out a request slip to the chaplain. His name is Reverend Bleisner. To attend the regular services, send a request to B Chapel to have your name added to the list.

## AMERICAN DISABILITIES ACT

Refer to Attachment, The American Disabilities Act Appeal Process, for clarification of the 602 process for filing a request for accommodation or to grieve an alleged discrimination. Copies of additional forms may be obtained from your Correctional Counselor or from the Program Office.

YOUR COOPERATION AND COMPLIANCE WITH THE PROCEDURES EXPLAINED IN THE "ORIENTATION PACKAGE" IS EXPECTED. THE SUCCESS OF THE PROGRAM DEPENDS UPON ALL OF US WORKING TOGETHER. THIS MEANS THAT WE TREAT EACH OTHER WITH THE RESPECT AND DIGNITY WE DESERVE. ABOVE ALL, REMEMBER THAT THIS PROGRAM IS DESIGNED TO PROVIDE YOU WITH A LESS RESTRICTIVE ENVIRONMENT AND PROVIDE YOU WITH THE NECESSARY HELP YOU MIGHT NEED TO ACCOMPLISH YOUR GOALS. INMATE AND STAFF SAFETY IS OF HIGHEST IMPORTANCE. YOUR ATTITUDE AND COOPERATION IS WHAT WILL MAKE THE DIFFERENCE DURING YOUR TIME IN THIS PROGRAM. THIS IS YOUR PROGRAM. LET'S MAKE IT THE BEST THAT IT CAN BE.

### A PERSONAL MESSAGE

In EOP, **we treat each other and ourselves with the respect and dignity we all deserve**. All of the staff in EOP hope that your time with us will be helpful for the problems that brought you here. Please speak up if you have any questions or concerns. We do want to hear them.

### ***IMPORTANT***

**If you are feeling like you are going to harm yourself or someone else, please tell someone: (a friend, another inmate, custody, nursing, a clinician)....TELL SOMEONE.... WE ALL CARE AND WANT TO HELP!!**

If you have any comments or suggestions, please write them on an Inmate Request For Interview form and mail to your primary clinician. Thank you..

On behalf of all the Staff, we welcome you.

Sincerely,

D. BATES, Ph.D.                                     C. M. PATTEN
Senior Supervising Psychologist              Facility Captain (A)
Program Director – EOP                          Psychiatric Services Unit

REVISED AUGUST 2003



$ 01
02 1M
000421764
MAILED FROM ZIP CODE 95
Crescent City CA 95532

Inmate Waters

CDC # P- 16171

A1-208

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CALIFORNIA
95532


TO: THE HONORABLE JUDGE:
CHARLES R. BREYER

UNITED STATES NORTHERN DISTRI
COURT OF CALIFORNIA
GOLDEN GATE AVE. 16TH FLOOR
SAN FRANCISCO, CALIFORNIA
94102