IN THE UNITED STATES
NORTHERN DISTRICT COURT OF CALIFORNIA

MICHAEL LYNN WATERS
PLAINTIFF,

V.

PRELIMINARY.

A.W. P.T. SMITH, CDW (A)
CCII- EDWARDS, CC.II,
L.T. T. WOOD - FC (A)

RECEIVED 128 G. ON 4/9/08 - IN WHICH I SHAWED TO C/O YOUNG ON 4/10/08: CONCLUDING THAT CCII- EDWARDS HAS DONE THIS BEFORE:

**FILED**
APR 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER TO CAUSE FOR A:
INJUNCTION A TEMPORARY RESTRAINING ORDER:

DUE TO THE ISSUE HERE BEING THE VERY SAME AS CASE NO: (C 07-4683 CRB (PR) PLAINTIFF WISH TO PROCEED IN FORMA PAUPERIS: AS PLAINTIFF IS ABOUT TO BE PLACED IN POPULATION ON FALSIFIED DOCUMENTS ATTACHED: AS THE STAFF ASSISTANCE: OFFICE- R. YOUNG WOULD CONCLUDE THIS 128 G of 3/26/08 IS FALSE: THAT PLAINTIFF SAID HE DON'T NEED SAFETY/PROTECTION:

UPON THE COMPLAINT, THE SUPPORTING DECLARATION OF PLAINTIFF, SEE (EXHIBIT-A) DATED: 3/26/08 - CDCR-128 G. >, AND THE MEMORANDUM OF LAW SUBMITTED HEREWITH, IT IS: ORDERED THAT THE DEFENDANTS LISTED ABOVE SHOW CAUSE IN ROOM _____ of THE UNITED STATES COURTHOUSE: ADDRESS> _____
_____ .> ON THE _____ DAY OF _____,
20 ___, AT _____ O'CLOCK, WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE PURSUANT TO RULE- 65 (A) OF THE FEDERAL RULES OF CIVIL PROCEDURE ENJOINING THE DEFENDANTS, THEIR SUCCESSORS IN OFFICE, AGENTS AND EMPLOYEES AND ALL OTHER PERSONS ACTING IN CONCERT AND___

(1)

PARTICIPATION WITH THEM, FROM: (PLACING PLAINTIFF IN ANY PRISON POPULATION OR TRANSFER: AND) TO REMAIN IN PBSP ASU-A-1-208, AND) PLACED UNDER INVESTIGATION TO BE INTERVIEW BY CCII- SWEARINGEN) SEE (EXHIBIT-B)

WHO WAS THE INVESTIGATOR OF THE (602) GRANTED) AND) SIGNED BY DEFENDANT- DEPUTY WARDEN: F. JACQUEZ) AS EXHIBIT-A> WOULD GET PLAINTIFF (KILLED)!

THESE DEFENDANTS FALSIFIED DOCUMENTS HERE, PLAINTIFF WAS PLACED ON SINGLE CELL BY A.W. COOK>

P.T. SMITH STATED THAT: HE WOULD PLACE PLAINTIFF UNDER INVESTIGATION TO SPEAK WITH (CCII- SWEARINGEN) BEFORE GOING TO ANOTHER PRISON:

## MEMORANDUM AND DECLARATION
### OF PLAINTIFF MICHAEL LYNN WATERS

I MICHAEL LYNN WATERS, HEREBY STATE THE FOLLOWING TO BE TRUE AND CORRECT: I FURTHER STATE THAT (EXHIBIT-C) CLEARLY STATES: (THAT THE BLACK INMATES) WANT TO HURT PLAINTIFF FOR NOT FIGHTING WHITE INMATES: AS WELL AS IN (EXHIBIT-A) THAT: CCII EWARDS EXPLAINED TO PLAINTIFF THE NATURE OF A CONFIDENTIAL DOCUMENT DATED (07/19/07), AND AS DISCLOSED ON CDC 1030 DATED 08/10/07.

PLAINTIFF FURTHER STATES HERE THAT: IT WOULD BE IMPOSSIBLE FOR HIM TO BE PLACED ON ANY MAIN-LINE WITH BLACK INMATES AGAIN: AS PLAINTIFF DID GIVE CCI- MELTON INFORMATION WHO THE (2) BLACK INMATES WAS WHO JUMPED INMATE JONES INSIDE (B-8): ON DEC. 22, 2006>. IN THE COURT'S OPINION IN (DAVIDSON V. O'LONE, 752 F.2d 817 (3d. CIR. 1984) (DAVIDSON V. CANNON, 474 U.S. 344, 106 S. CT. 668, 88 L.Ed. 677 (1986), WE CONSIDERED THE CLAIM OF A PRISON INMATE WHO SUFFERED A DEPRIVATION OF A LIBERTY INTEREST-

(2)

THROUGH AN ATTACK by ANOTHER INMATE. WE STATED THAT LIABILITY MAY BE IMPOSED ON PRISON OFFICIALS, EVEN FOR ASSAULTS WHICH THEY DID NOT COMMITT, IF THERE WAS INTENTIONAL CONDUCT, DELIBERATE OR RECKLESS INDIFFERENCE TO THE PRISONER'S SAFETY, OR CALLOUS DISREGARD ON THE PART OF PRISON OFFICIALS". Id. AT 828) WE REAFFIRMED THAT WHERE PRISON OFFICIALS INFRINGED A LIBERTY INTEREST BY INTENTIONAL CONDUCT, GROSS NEGLIGENCE, OR RECKLESS INDIFFERENCE, OR AN ESTABLISHED STATE PROCEDURE, THE MATTER IS ACTIONABLE UNDER SECTION - 1983.)

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT: _4-10-08_  _Michael Lynn Watters_
                                    DATED               SIGNATURE

    IT IS FURTHER ORDERED THAT EFFECTIVE IMMEDIATELY, AND PENDING THE HEARING AND DETERMINATION OF THIS ORDER TO SHOW CAUSE, THE DEFENDANTS, IN THE ABOVE ACTION AND OF THEIR OFFICERS, AGENTS, EMPLOYERS, AND ALL PERSONS ACTING IN CONCERT OR PARTICIPATION WITH THEM, ARE RESTRAINED FROM THE STATED ACTIONS IN PLAINTIFFS - DECLARATION.

    IT IS FURTHER ORDERED THAT THE ORDER TO SHOW CAUSE, AND ALL OTHER PAPERS ATTACHED TO THIS APPLICATION, BE SERVED ON THE AFORESAID PLAINTIFFS by

DATED

_____
U.S. DISTRICT COURT JUDGE
DATED: _____

(3)

## REASONS FOR DAMAGES HERE

PLAINTIFF CONTENDS THAT HIS STAFF ASSISTANCE WILL CONCLUDE TO YOUR HONOR THAT: PLAINTIFF BEGGED A.W. P.T. Smith TO PLACE HIM UNDER INVESTIGATION. PLAINTIFFS FIRST ISSUE IN HIS CIVIL ACTION IS FOR SAFETY AND PROTECTION, CCII- EDWARDS AND DEFENDANTS ARE TRYING TO COVER-UP FOR THE DEFENDANTS LISTED IN CASE NO.: (C 07-4683 CRB (PR))

AND SHOULD PAY THE SUM OF ($100,000) Dollars

1) PUNITIVE DAMAGES: A COURT MAY AWARD PUNITIVE DAMAGES "WHEN THE DEFENDANTS CONDUCT IS SHOWN TO BE MOTIVED by EVIL MOTIVE AND INTENT, OR WHEN IT INVOLVES RECKLESS OR CALLOUS INDIFFERENCE TO THE FEDERALLY PROTECTED RIGHTS OF OTHERS." (SMITH V. WADE, 461 U.S. 30, 56, 103 S. CT. 1625, 1640, 75 L.Ed. 2d 632 (1983).

2) THE UNITED STATES SUPREME COURT HAS MADE CLEAR THAT AN INMATE SEEKING A REMEDY FOR UNSAFE CONDITIONS DOES-NOT HAVE TO AWAIT A TRAGIC EVENT SUCH AS AN ACTUAL ASSAULT BEFORE OBTAINING RELIEF. THE PURPOSE IS TO KEEP INJURIES FROM OCCURRING IN THE FIRST PLACE.

RESPECTFULLY

4/10/08
DATED:

MICHAEL LYNN WATERS
PRINT- HERE

(4)

# PROOF OF SERVICE

I MICHAEL LYNN WATERS, HEREBY CERTIFY THAT I AM OVER THE AGE OF (18) YEARS OF AGE. AND A PARTY TO THE WITHIN ACTION: I SERVED ON 4/10/08 — THE ATTACHED DOCUMENTS, ON THE LISTED PARTY(S) below by placing said DOCUMENTS IN THE U.S. MAIL HERE AT PELICAN BAY STATE PRISON — P.O. BOX 7500 - CRESCENT CITY, CALIFORNIA 95532:

JUDGE'S CLERK
U.S. NORTHERN DISTRICT COURT
FOR CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

I DECLARAE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT:

4-10-08
DATED:

Michael Lynn Waters
SIGNATURE

(5)



| | |
|---|---|
| STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS<br>CDCR 128G (REVISED 4/07) |

**NO:** P-16171  **NAME:** WATERS, MICHAEL  **HSG:** AF1 208
**Custody:** MAX  **PS** 83  **Level:** IV  **WG/PG:** D1/D  **EFF:** 01/10/07  **Assignment:** ASU
**Rel Date:** MEPD 03/29/2017  **Reclass:** TBD  **Action:** RETAIN IN ASU DUE TO LOCAL ENEMY CONCERNS; REFER TO CSR RX TX
**BPH Rev:** 0  COR-IV 270 OR ALTERNATE LAC-IV 270 NOTING CCCMS LOC

**Comments:** Inmate WATERS appeared before PBSP AD-SEG, ICC on this date for Subsequent Review. ICC notes the 114-D dated 3/21/08, wherein S was placed in ASU due to expressed safety concerns. Investigative Employee was not required. Witnesses were not requested per CCR, Title 15, Sections 3338(h) and (i). CCII D. Edwards explained to S the nature of a confidential document dated 07/19/07, and as disclosed on CDC 1030 dated 08/10/07, and its relevance to S's safety issues if returned to PBSP BMU. S admits that he can no longer remain at PBSP as the Black Inmate population considers him "no good". S fears he will be disciplined for his prior behavior, but is not requesting SNY placement. When asked if S could Double Cell, S stated that he could live with a compatible inmate.

Subject was issued a new 114D dated 3/21/08 as the subject has been in ASU for a period of one year. The current 114D retains S in ASU due to safety concerns if returned to the GP. This 114D is appropriate for ASU retention.

ICC notes S meets 270 housing. ICC notes that the Subject has had positive behavior during the last year. **ICC acts to refer S's case to the CSR for transfer consideration to COR or LAC for 270°Level-IV housing.** S was advised he would remain in ASU for his Safety pending transfer.

**Staff Assistance:** S was provided a Staff Assistant as he is a participant in the MHSDS. Correctional Officer, R. Young met with S, 24 hours prior to ICC and was present for today's ICC hearing. S was afforded a SA due to his MHSDS level of care at CCCMS.

**Psychiatric concerns:** LCSW, P. Clendenin was present during ICC. When S was asked about his mental health, S stated his mental health was "O.K." Committee notes the CDCR-128C dated 06/13/07 placing S at the CCCMS level of care. S meets PBSP-SHU exclusionary criteria.

**DA action:** N/A

**Cell status:** S is cleared for double celling, but has a propensity to refuse cellies or manipulates staff to get a single cell. ICC does not impose the S suffix.

**Yard status:** Placed on WA yard pending release from ASU.

**Committee action:** Retain in ASU at Max Custody and WG/PG of D1/D, due to local safety and enemy concerns. Refer to CSR for transfer consideration, recommending COR-IV, alternate LAC-IV as an alternate for 270° housing. Transfer is considered to be not adverse based on local enemy concerns. S will be eligible for CLO-B Custody and WG/PG of A2/B upon transfer.

**Inmate comments:** S expressed his understanding of the basis for the ICC action and disagreed with the action that he be doubled cell.

**Appeal rights:** S was advised of his right to appeal the aforementioned decisions, and submit the appeal within 15 days of today's action, whether or not he has received the 128G classification chrono, to preserve his appeal rights pursuant to time constraints.

**CHAIRPERSON:** P.T. SMITH, CDW(A)  **RECORDER:** D. EDWARDS/CCII

**COMMITTEE MEMBERS:**  T. WOOD/FC(A)    P. CLENDENIN/PHD    C/O R. YOUNG/SA

**DATE:** 3/26/08   INSTITUTIONAL CLASSIFICATION COMMITTEE   **Inst.:** PBSP

# EXHIBIT "B"

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region:  PBSP
Log No.: A06-00110
Category: 2/5 — want single cell status.

BS 110C

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Michael L. Waters
NUMBER: P-17017
ASSIGNMENT: NONE
UNIT/ROOM NUMBER: A-6 / 218

**A. Describe Problem:** SEE ATTACHED — page 1 EXHIBIT
IT IS CLEARLY UNDERSTANDABLE THAT I DID DESCRIBE MY PROBLEM IN THIS SECTION, BUT ANYWAY,
I HAVEN'T RECEIVED A COPY OF THE (SINGLE-CELL-CHRONO) OF (10/13/05) THE SINGLE CELL STATUS THAT I'M ON NOW WAS BY THE (UCC-CAPTAIN) TO SEE THE DOCTORS / IDTT — for further SINGLE-CELL, IN WHICH I SEEN THE DOCTORS TODAY 12/7/05 — RUBEN + BUTLER > WHO STATED THAT THEY HAD IDTT ON ME, WITH MR. THEBE, BUT, THERE IS NO-RECORD OF IT, BUTLER STATED THE ONLY RECORDS HE HAS IS (Feb-of-05).
SEE ATTACHED PAGE 2. PLEASE THANK YOU.

If you need more space, attach one additional sheet.

**B. Action Requested:** TO HAVE COUNSEL / WATAN TO back off ME with HIS RECKLESS WAYS, AND because of ME being on SINGEL-CELL HOLD NOW by THE (CAPTAIN) THAT I SPEAK WITH (LIEUTENANT- P.I. TERRY) AND DOCTOR (RUBEN) only, PLEASE ALLOW THE (LIEUTENANT) TO MAKE THE SINGEL-CELL-CALL.

Inmate/Parolee Signature: Michael Lynn M. Waters
Date Submitted: 11/8/05

**C. INFORMAL LEVEL** (Date Received: ____)

Staff Response: THEY FORCED ME TO LIVE WITH SOMEONE OUT OF EVILNESS, THEY RECORDS WILL PROVE my POINTS.

Staff Signature: Michael Waters
Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

NOV 15 2005      DEC 9 2005      JAN 13 2006      10/16/06
                                                    34          (14)

EXHIBIT

"              "

C

AUG-09-2007 08:29 From:PBSP ASU    7079549068    To:9132    P.1/1

A1-208

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _P16171_    INMATE NAME: _Waters, M._

1) Use of Confidential Information.

    Information received from a confidential source(s) has been considered in the:

    a) CDC-115, Disciplinary Report dated _____ submitted by

    _____
    STAFF NAME, TITLE

    b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

    The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution. This information is considered reliable because:

    a) ☐ This source has previously provided confidential information which has proven to be true.
    b) ☐ This source participated in and successfully completed a Polygraph examination.
    c) ☒ More than one source independently provided the same information.
    d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.
    e) ☒ Part of the information provided by the source(s) has already proven to be true.
    f) ☐ Other (EXPLAIN) _____

3) Disclosure of information received.

    The information received indicated the following: _____

    "that the word was being spread to all of the Blacks through the institution, that he (You) and (Redacted) had refused (lock-down) and did not help a Black inmate jumped by two White inmates, and they (You) needed to get off the yard"

    (If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-16-66 in the confidential material folder). _Confidential Memo dated 7-19-07 authored by CCI D. Melton._

    _____    8-9-07
    STAFF SIGNATURE, TITLE    DATE DISCLOSED

    DISTRIBUTION: WHITE — Central File; YELLOW — Inmate; PINK — Institution Use

(6)

MICHAEL LYNN WATERS
#P-16171   A-1-208
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CALIFORNIA
95532

" LEGAL MAIL "

EMERGENCY

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$00.58⁰   APR 11 2008
MAILED FROM ZIP CODE 95531

TO. THE HONORABLE JUDGE.
"CHARLES R. BREYER"
UNITED STATES NORTHERN
DISTRICT COURT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102