IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

MICHAEL LYNN WATERS,
PLAINTIFF,

V.

A.W. COOK, ET AL,
DEFENDANTS,

FILED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07-4683 CRB (PR)
CASE NO:

MOTION

PRELIMINARY INJUNCTION PROSPECTIVE RELIEF,

TO: HON. CHARLES R. BREYER, UNITED STATES DISTRICT JUDGE

FOR GOOD CAUSE APPEARING, THE REQUEST OF PLAINTIFF, MICHAEL LYNN WATERS, A PARTY IN THIS WITHIN ACTION, WHEREAS PLAINTIFF IS FACING SERIOUS INJURY OR EVEN DEATH, AN ORDER FROM THIS COURT STATING THAT, (KEEP PLAINTIFF OUT OF POPULATION)

ORDER

THAT CCII-EDWARDS, NOT TO (PLAINTIFF) PLACE THIS INMATE UP FOR ANYMORE TRANSFERS UNTIL THIS CIVIL CASE IS DUE ON JUNE 26, 2008 AND RULED ON IN THIS COURT, WHERE PLAINTIFF HAS BEEN PLACED TO BE TRANSFERRED NOW TO (COR) DATED: 04/17/08 ) AS STATED IN (U.S. SUPREME COURT CASE (LEWIS V. CASEY, 518 U.S. 343 (1996) (IN ORDER TO GET AN INJUNCTION A PRISONER MUST SHOW " ACTUAL OR IMMINENT INJURY: AS PLAINTIFF'S ⎯⎯⎯→

1

INJURY MAY SUFFER IRREPARABLE HARM IF HE DO NOT RECEIVE A PRELIMINARY INJUNCTION " IRREPARABLE HARM" THAT CAN NEVER BE FIXED:

IT IS SO ORDERED

DATED:

HON: CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE

2

# CERTIFICATE/PROOF OF SERVICE

I, MICHAEL LYNN WATERS, HEREBY CERTIFY THAT I AM OVER THE AGE OF (18) YEARS AND A PARTY TO THE WITHIN ACTION: ON 4/24/08 I SERVED THE ATTACHED DOCUMENTS ON THE LISTED PARTY(S) BELOW, BY PLACING SAID DOCUMENTS IN THE U.S. MAIL HERE AT PELICAN BAY STATE PRISON - P.O. BOX 7500 - CRESCENT CITY, CALIFORNIA 95532:

JUDGE'S CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

ATTORNEY GENERAL'S OFFICE
455 GOLDEN GATE AVENUE,
SUITE 11000,
SAN FRANCISCO, CALIFORNIA
94102-7004

APPEALS COORDINATOR / CC II - C. WILBER
PBSP P.O. BOX 7500
CRESCENT CITY, CALIFORNIA
95532
(A - DEFENDANT IN THIS CASE)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT:

4/24/08
DATE

Michael Lynn Waters
SIGNATURE

3

MICHAEL LYNN WATERS #P-16171
A-1-208
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CALIFORNIA
95532

"LEGAL-MAIL"

"EMERGENCY"
INJUNCTION"

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City, CA 95532

NON,

UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CALIFORNIA
94102