IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LYNN WATERS, | ) | |
| Plaintiff(s), | ) | No. C 07-4683 CRB (PR) |
| v. | ) | ORDER |
| A. W. COOK, et al., | ) | (Doc # 22) |
| Defendant(s). | ) | |

Plaintiff's motion (doc # 22) for a preliminary injunction is DENIED without prejudice. Plaintiff does not specify the relief he seeks. Nor does he set forth any facts showing either a combination of probable success on the merits and the possibility of irreparable injury, or that serious questions are raised and the balance of hardships tips sharply in his favor. See Bernhardt v. Los Angeles County, 339 F.3d 920, 925 (9th Cir. 2003).

SO ORDERED.

DATED: April 30, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Waters, M2.or4.wpd