TO: THE CLERK OF COURT

FILED
08 MAY -7 PM 1:55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THIS IS A NOTICE CONCERNING PLAINTIFF'S ADDRESS CHANGE:
IN WHICH IS:

MICHAEL LYNN WATERS  P-16171

ACUTE CARE HOSPITAL

NEW ADDRESS IS ⟷   HU03                    C-07-4683 CRB

P.O. BOX 3456

C.S.P. CORCORAN, CALIFORNIA

93212-3456

✓

HOPEFULLY, YOU WOULD BE SO VERY KIND AS TO PASS THIS ADDRESS CHANGE OVER TO THE (ATTORNEY GENERAL'S) OFFICE,

PLAINTIFF CAN'T REMEMBER THE FULL CASE NUMBER, DUE TO: NOT HAVING HIS (PROPERTY) LEGAL DOCUMENTS AT THIS TIME: IT'S (C0—?—83)

OLD ADDRESS WAS PELICAN BAY STATE PRISON
A-1-208
P.O. BOX 7500
CRESCENT CITY, CALIFORNIA
95532

MICHAEL LYNN WATERS # P-11141
ACUTE CARE HOSPITAL
H403
P.O. BOX 3456
C.S.R. CORCORAN, CALIFORNIA
93212-3456

"LEGAL-MAIL"

NOTICE OF ADDRESS CHANGE

CORCORAN STATE PRISON

$00.410
05/05/2008
Mailed from 93212
US POSTAGE

TO: CLERK, UNITED STATES NORTHERN
DISTRICT COURT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIFORNIA