TO: CLERK OF COURT   CASE NO: C07-4683-CRB (PR)  5/10/08

CASE NO: C07-4683-CRB (PR)

THIS NOTICE IS AN "ADDRESS CHANGE, FOR PLAINTIFF MICHAEL LYNN WATERS #P12171 - NOW PRESENTING HIS NOTICE (WITHIN) 15-DAYS BY COURT RULES OF ADDRESS, PLAINTIFF WAS TRANSFERRED FROM: PELICAN BAY STATE PRISON.) ON 5-1-08

FILED ☒ GAVE NOTICE TO DEFENDANT(S) COUNSEL
THANK YOU

TO: CORCORAN STATE PRISON
N-B-22
P.O. BOX 3456
CORCORAN, CALIFORNIA 93212-3456

PROOF OF SERVICE

I, MICHAEL LYNN WATERS, HEREBY CERTIFY THAT I AM OVER THE AGE OF (18) YEARS AND A PARTY TO THE WITHIN ACTION; ON 5-10-08 (SERVED) THIS DOCUMENT TO THE CLERK OF COURT BY PLACING NOTICE IN THE U.S. MAIL HERE AT CORCORAN STATE PRISON - P.O. BOX 3456 - CORCORAN, CA.

ATTORNEY GENERAL'S OFFICE
455 GOLDEN GATE AVE
SAN FRANCISCO, CA

CLERK OF COURT
U.S. NORTHERN DISTRICT COURT
OF CALIFORNIA - SAN FRANCISCO, CA

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE + CORRECT
DATE: 5-10-08   SIGNATURE: Michael Lynn Waters

[Stamp: MAY 14 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

MICHAEL LYNN WATERS # P-16171

P.O. BOX 3456
CORCORAN STATE PRISON
CORCORAN, CALIFORNIA
93212-3456

" LEGAL-MAIL "

NOTICE OF ADDRESS CHANGE

CORCORAN STATE PRISON

To: Clerk

UNITED STATES NORTHERN
DISTRICT COURT OF
CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA