EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
LILY A. KORMAN, State Bar No. 242688
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5507
  Fax: (415) 703-5843
  Email: Lily.Korman@doj.ca.gov

Attorneys for Defendants C. Wilber, F. Jacquez, R. Horel, J. Robertson, D. Melton, M. Cook, C. Patten, R. Bell, and R. Linfor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL LYNN WATERS,<br><br>                            Plaintiff,<br><br>v.<br><br>A.W. COOK, et al,<br><br>                           Defendants. | C 07-4683 CRB (PR)<br><br>**DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PENDING RULING ON MOTION TO DISMISS**<br><br>The Honorable Charles R. Breyer |

    Defendants C. Wilber, F. Jacquez, R. Horel, J. Robertson, D. Melton, M. Cook, C. Patten, R. Bell, and R. Linfor (Defendants) move for an extension of time to respond to Plaintiff's motion for summary judgment so that the court can resolve Defendants' previously filed motion to dismiss before they are obligated to brief summary-judgment issues. This extension will promote judicial economy and potentially reduce the parties' litigation burdens.

///

Defs.' Req. for Ext. of Time to File Opp. to Pl.'s Mot. for Summ. J.                                    *Waters v. Cook, et al.,*
C 07-4683 CRB (PR)

1

1    Defendants filed a motion to dismiss based on Plaintiff's failure to exhaust administrative
2 remedies on May 9, 2008. Plaintiff filed an opposition on June 4, 2008, and Defendants plan to
3 file their reply brief by the court-imposed deadline of June 19, 2008. (*See* Order Service 4, Jan.
4 1, 2008.)

5    Plaintiff filed a motion for summary judgment on June 4, 2008. It would be unduly
6 burdensome for Defendants to oppose Plaintiff's motion for summary judgment while
7 Defendants' motion to dismiss this action is pending. For this reason, Defendants request an
8 extension of time to oppose Plaintiff's motion for summary judgment.

9    If Defendants' motion to dismiss this action is decided in Plaintiff's favor, then Defendants
10 request an extension of 30 days from the date of the Court's order regarding Defendants' motion
11 to dismiss in which to oppose Plaintiff's motion for summary judgment. If Defendants' motion
12 to dismiss is decided in Defendants' favor, then there will be no need for Defendants to oppose
13 Plaintiff's motion for summary judgment.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Defs.' Req. for Ext. of Time to File Opp. to Pl.'s Mot. for Summ. J.         *Waters v. Cook, et al.,*
                                                                              C 07-4683 CRB (PR)

1  This extension will promote judicial economy and prevent the undue burden of Defendants'
2  being required to oppose Plaintiff's motion for summary judgment while Defendants' motion to
3  dismiss this action is pending.

4  Dated: June 13, 2008

5  Respectfully submitted,

6  EDMUND G. BROWN JR.
   Attorney General of the State of California

7  DAVID S. CHANEY
   Chief Assistant Attorney General

8  FRANCES T. GRUNDER
9  Senior Assistant Attorney General

10 THOMAS S. PATTERSON
   Supervising Deputy Attorney General

13 LILY A. KORMAN
14 Deputy Attorney General
   Attorneys for Defendants C. Wilber, F. Jacquez, R. Horel, J.
15 Robertson, D. Melton, M. Cook, C. Patten, R. Bell, and R. Linfor

16 20116276.wpd SF2008400642

Defs.' Req. for Ext. of Time to File Opp. to Pl.'s Mot. for Summ. J.     *Waters v. Cook, et al.,*
                                                                          C 07-4683 CRB (PR)

3