1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **MICHAEL LYNN WATERS,** | C 07-4683 CRB (PR) |
| Plaintiff, | **[PROPOSED ORDER] GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PENDING RULING ON MOTION TO DISMISS** |
| **v.** | |
| **A.W. COOK, et al,** | |
| Defendants. | |

19         Defendants filed a request for an extension of time to oppose Plaintiff's motion for summary

20   judgment, pending the Court's determination of Defendants' motion to dismiss.  The Court has read

21   and considered Defendants' request, and good cause appearing, the Court grants Defendants' request

22   for an extension of time.  If Defendants' motion to dismiss this action is decided in Plaintiff's favor,

23   then Defendants shall file with the Court and serve on Plaintiff an opposition to Plaintiff's motion

24   for summary judgment no later than thirty days from the date of this Court's order on that motion.

25   ///

26   ///

27   ///

28   ///

[Proposed] Order  Granting Ext. of Time to File Opp. to Pl.'s Mot. Summ. J.                   *Waters v. Cook, et al.,*
                                                                                             C 07-4683 CRB (PR)

1 | Plaintiff shall file a reply brief no later than fifteen days after Defendants' opposition is filed.

2

3 |     IT IS SO ORDERED.

4

5 | Dated: _____          _____

6 |                                          HON. CHARLES BREYER
                                             U.S. District Court Judge

7

8

9

20116316.wpd

10

SF2008400642

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order  Granting Ext. of Time to File Opp. to Pl.'s Mot. Summ. J.          *Waters v. Cook, et al.,*
                                                                                     C 07-4683 CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Waters v. Cook, et al.,**

No.:    **C 07-4683 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 13, 2008, I served the attached

**DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PENDING RULING ON MOTION TO DISMISS**

**[Proposed] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PENDING RULING ON MOTION TO DISMISS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Michael Lynn Waters, P-16171**
**Pelican Bay State Prison**
**P. O. Box 7500**
**Crescent City, CA 95532**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 13, 2008, at San Francisco, California.

| T. Oakes | /s/ T. Oakes |
|----------|--------------|
| Declarant | Signature |

20116470.wpd