1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MICHAEL LYNN WATERS,<br><br>  Plaintiff,<br><br>v.<br><br>A.W. COOK, et al,<br><br>  Defendants. | C 07-4683 CRB (PR)<br><br>[~~PROPOSED~~ ORDER] GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PENDING RULING ON MOTION TO DISMISS |
|---|---|

Defendants filed a request for an extension of time to oppose Plaintiff's motion for summary judgment, pending the Court's determination of Defendants' motion to dismiss. The Court has read and considered Defendants' request, and good cause appearing, the Court grants Defendants' request for an extension of time. If Defendants' motion to dismiss this action is decided in Plaintiff's favor, then Defendants shall file with the Court and serve on Plaintiff an opposition to Plaintiff's motion for summary judgment no later than thirty days from the date of this Court's order on that motion.

///
///
///
///

[Proposed] Order Granting Ext. of Time to File Opp. to Pl.'s Mot. Summ. J.   Waters v. Cook, et al., C 07-4683 CRB (PR)

1

1  Plaintiff shall file a reply brief no later than fifteen days after Defendants' opposition is filed.

3  IT IS SO ORDERED.

5  Dated: ___June 20, 2008___

HON. CHARLES BREYER
U.S. District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

20116316.wpd

SF2008400642

[Proposed] Order Granting Ext. of Time to File Opp. to Pl.'s Mot. Summ. J.    *Waters v. Cook, et al.,*
C 07-4683 CRB (PR)

2