UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LYNN WATERS,

        Plaintiff,

  v.

A.W.COOK et al,

        Defendant.

Case Number: CV07-04683 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Lynn Waters P-16171
Corcoran State Prison
H-B-22
P.O. Box 3456
Corcoran, CA 93212-3456

Dated: June 20, 2008

                              Richard W. Wieking, Clerk
                              By: Barbara Espinoza, Deputy Clerk