**STATEMENT OF THE CASE**

**FILED**

JUN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PRELIMINARY INJUNCTION RECONSIDERATION
ORDER (DOC # 22) ATTACHED

HON: CHARLES R. BREYER )

SIR, THIS MOTION IN QUESTION before YOU TODAY,
IS BEING PRESENTED IN GOOD FAITH. WHEREAS, I'M
BEING PHYSICALLY AND MENTALLY PUNISHED FOR NOTHING?

(IF) THE DEFENDANT(S) SHOULD HAVE A COPY OF
THIS MOTION (SIR) I WILL BE HAPPY TO PAY
THE COST WITH YOUR (CLERK)?

"REASON"

CORCORAN STATE PRISON   3A03 AD-SEG, ONE OF
THE OFFICERS WHO (WORK) HERE IN AD-SEG UNDER LT. A.
DIAZ, INMATES (HAS) TO GIVE HIM YOUR LEGAL WORK
AND (HE) TAKES IT TO THE LAW LIBRARY FOR (COPIES)
HIMSELF?! (ALL) OFFICIALS GET TO REVIEW IT
BEFORE IT LEAVES THE BLOCK?

THANK YOU VERY MUCH
SIR

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

1

2

3  MICHAEL LYNN WATERS
4           PLAINTIFF,                    NO: C 07-4683 CRB (PR)
5  V.
6                                         ORDER (DOC # 22)
7  A. W. COOK, et al.,
8         DEFENDANT(S),
9                                         REQUEST FOR EMERGENCY
10                                        RECONSIDERATION FOR A
11  HON: CHARLES R. BREYER                PRELIMINARY INJUNCTION,
12                                        WHEREAS THE FALSIFIED
13                                        128-G OF 4/23/08 TO
14                                        TRANSFER PLAINTIFF HAS CLEARLY
15                                        RESULTED IN CONDITIONS
16                                        THAT (ARE) A SIGNIFICANT OR
17                                        ATYPICAL DEPARTURE FROM THE
18                                        ORDINARY INSTANCES OF PRISON
19                                        LIFE. AND PRODUCTION OF
                                          SAID DOCUMENTS BEFORE RULING.
20

21  PLAINTIFF, MICHAEL LYNN WATERS, IN PRO SE, NOW PRESENTS
22  UNDISPUTED EVIDENCE OF THE 8TH AMENDMENT VIOLATION THAT
23  CAN'T BE OVERCOME BY "NO" OTHER EVIDENCE: WHICH SET FORTH
24  FACTS SHOWING BOTH A COMBINATION OF PROBABLE SUCCESS ON THE
25  MERITS AND THE POSSIBILITY OF IRRPARABLE INJURY, AND SERIOUS
26  QUESTIONS ARE INFACT RAISED AND THE BALANCE OF HARDSHIPS
27  HAS TIPS SHARPLY IN PLAINTIFFS FAVOR HERE, AT CORCORAN
28  STATE PRISON.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV 8-72)

85 34769

(1 of 8)

1 PLEASE ACKNOWLEDGE THE SAID PRODUCTION OF REQUESTED
2 DOCUMENTS, REPORTS AND PICTURES ARE NOW - APART OF THIS
3 ORDER FROM THE UNITED STATES DISTRICT COURT JUDGE:

4                        "ORDER"

5 THIS ORDER FROM THE COURT - SHALL BE PAID FOR BY THE
6 DEFENDANT'S OR PLAINTIFF, UPON THE CONCLUSION OF THIS
7 EMERGENCY INVESTIGATION. DUE TO THE TRANSFER OF PLAINTIFF
8 TO CORCORAN'S STATE PRISON GENERAL POPULATION.
9
10

11 (ALL) QUESTIONS, DOCUMENTS, REPORTS, PICTURES, WRITTEN, TYPED
12 OR OTHERWISE - ARE PLACED UNDER THE PENALTY OF PERJURY,
13 OATH AND FALSIFIED DOCUMENTS, (IF) PRESENTED BEFORE THE,
14 SHALL, MUST, WILL, BE PUNISHED FOR THE CRIME IN WHICH IT
15 CARRIES.
16 AN INQUIRY INTO CONDITIONS OF CONFINEMENT BY NECESSITY RELIES
17 ON THE PARTICULAR FACTS OF EACH SITUATION, THE "CIRCUMSTANCES,
18 NATURE, AND DURATION" OF THE CHALLENGED CONDITIONS MUST
19 BE CAREFULLY CONSIDERED. SEE: (JOHNSON V. LEWIS, 217 F.3d. 726,
20 731 (9TH CIR. 2000). WHILE NO SINGLE FACTOR CONTROLS THE OUTCOME
21 OF THESE CASES, THE LENGTH OF EXPOSURE TO THE CONDITIONS IS
22 OFTEN OF PRIME IMPORTANCE.><
23 WHILE "SUBSTANTIAL DEPRIVATIONS OF SHELTER, FOOD, DRINKING
24 WATER, AND SANITATION" MAY MEET THE STANDARD DESPITE
25 A SHORTER DURATION. (JOHNSON V. LEWIS, 217 F.3d. AT 732)SEE-
26 ALSO. (WHITNACK V. DOUGLAS COUNTY, 16 F.3d. 954, 958 (8TH CIR. 1994).
27 (THE LENGTH OF TIME REQUIRED BEFORE A CONSTITUTIONAL VIOLATION
28 IS MADE OUT DECREASES AS THE LEVEL OF FILTHINESS ENDURED ___

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

(2 OF 8)

INCREASES:

EVIDENCE TO BE PRODUCED AND PROVIDED
BY WARDEN DERRAL ADAMS,

1) MEDICAL RECORDS (COPY) FROM ⟨4/16/08 - 6/11/08⟩
EVIDENCE OF THE (GRANULOMA) LEFT ON PLAINTIFF, MICHAEL
LYNN WATERS, RIGHT LITTLE FINGER FROM: 4/18/08 - 6/11/08?

2) A "(PICTURE)" OF THE ACTUAL (GRANULOMA) HELD IN THE
(A.C.H.) LAB AT CORCORAN STATE PRISON. (OPERATION) DONE ON
(6/11/08)    AS PLAINTIFF REQUESTED THE (A.C.H.) LAB TO HOLD
FOR THE COURTS.

3) THE DOCUMENTS AND REPORTS⟩ AS TO PLAINTIFF NOT BEING
ABLE TO RECEIVE HIS: PROPERTY- LEGAL MATERIALS, FROM (5/16/08 -
6/19/08)

4) THE DOCUMENTS AND REPORTS OF PLAINTIFF'S, TOOTHBRUSH,
TOOTHPOWDER, MATTRESS, SHEETS, PILLOW, SOCKS, T-SHIRTS, AND
CLEANING PRODUCTS WAS TAKEN FOR (NOT) DOUBLE CELLING IN 3A03
AD-SEG.? FROM (5/21/08 - 6/19/08 AND) COUNTING. ?(SPOON + CUP)?

5) THE DOCUMENTS AND REPORTS OF (WHY-NOT) CLEANING PRODUCTS
BEING PASSED OUT (ONCE) AWEEK IN 3A03 AD-SEG. BUT ONLY
GIVEN (ONCE) ON ARRIVAL AND NOTHING MORE?

(A.C.H.). MENTAL HEALTY REPORT/CHART OF (5/2/08 - 5/16/08)
6) THE DOCUMENTS AND REPORTS OF PLAINTIFF BEING PLACED IN
A.C.H. ON ARRIVAL TO CORCORAN PRISON R+R WHEREAS, OFFICER
CORTEZ, FEMALE, REVIEWED PLAINTIFFS C-FILE AND THEN CLEARLY STATED:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV 8-72)

85 34769

1  OUT LOUD WHILE ESCORTING PLAINTIFF TO SEE THE R.N.S
2  PASS THE SAME BULL PEN OFFICER CORTEZ WANTE PLAINTIFF
3  TO ENTER:
4  I READ YOUR C-FILE! YOU LIKE TO BE IN CUFFS (WATERS)!
5  YOU NEED TO STOP TELLING ON PEOPLE! DON'T (P.C.) UP DOWN
6  HERE! WAIT UNTIL YOU GET TO WHERE YOUR GOING TO (P.C.)
7  UP! DON'T DO IT DOWN HERE!
8
9  7) A WRITTEN OR TYPED STATEMENTS FROM THE (2) R.N.S
10  LISTED WHO WAS PROVIDING THE MEDICAL ATTENTION IN HIS
11  RECORDS ON (5/2/08) IN R-R) WHILE PLAINTIFF AND C/O CORTEZ
12  WAS HAVING THE HEATED ARGUMENT before EVERYONE, PRISONS
13  AND OFFICIALS?
14
15  8) DOCUMENTS AND REPORTS (WHY) ANY AND ALL (SPOONS/CUPS)
16  THAT ARE LEFT by OTHER INMATE IN THE AD-SEG CELLS
17  AFTER BEING RELEASED, ARE (NOT) SENT TO THE (3A) KITCHEN
18  AND PLACED IN THE (WISHER)?
19  BUT, THROWN IN A (MILK CREAT) IN AD-SEG AND PLACED IN
20  A NEW ARRIVAL (FISH KIT) WITHOUT INFORMING INMATES?
21
22  9) ANY AND ALL DOCUMENTS/REPORTS "GIVING 3AO3 AD-SEG,
23  OFFICIALS (AUTHORITIES) FROM THE (HEALTH) INSPECTORS (TO)
24  PLACED USED SPOONS/CUPS IN A MILK CREAT FOR REUSE?
25
26  10) ANY AND ALL DOCUMENTS / REPORTS ON, TYPED, WRITTEN, RECORDED
27  MISCONDUCT by (L.T. A. DIAZ) OF 3AO3- AD-SEG, INCLUDING
28  THE USE OF (2) CAN'S OF PEPPER STRAY ON THE BLACK INMATE—

1  WHO IS (NOW) ON (5/19/08) HOUSED IN (3A03-123 AD-SEG)

2

3  II) THE DOCUMENTS / REPORTS OF THE R.N.'S HELPING THE OTHER

4  INMATES WHO CAME IN CONTACT WITH THIS (PEPPER SPRAY)

5  AS (PLAINTIFF) MICHAEL WATERS REQUESTED):

6  THAT THE VENT'S BE CUT OFF?

7    NO OXYGEN WAS GIVEN AND REFUSED?

8    CAN THE OFFICIALS PROVIDE ANY EVIDENCE THAT (PLAINTIFF'S

9  (DIDN'T) SUFFER "BURNING SKIN," AND LUNGS WITH "CONGESTED

10  BREATHING" AND "TEARING EYES": FOR (30) MINUTES AT MOST?

11

12  WAS THIS USE OF FORCE UNJUSTIFIED), WHEREAS THE SAID

13  INMATE WAS IN A SUICIDE CELL IN 3A03 AD-SEG, WAS CLEARLY

14  ORDERED TO SIT ON HIS BED, WHEN HE COMPLIED, (L.T. A. DIAZ,)

15  TOOK OUT HIS PEPPER SPRAY AND SPRAYED THIS INMATE, AND

16  THEN, RECEIVED ANOTHER CAN OF PEPPER SPRAY FROM ANOTHER

17  OFFICER) WHO PLAINTIFF STATES WAS (OFFICER L. ECHEVERRIA)

18  ALSO, OF 3A03 AD-SEG 2ND WATCH,

19  WHILE (L.T. A. DIAZ.) WAS LOUDLY STATING: DON'T HANG YOURSELF

20  INMATE! DON'T HANG YOURSELF! CONTINUE TO SPRAY A

21  EMPTIED THE (SECOND CAN), ! BECAUSE OF TALKING LOUD TO HIMSELF?

22  WHILE (MENTAL HEALTH - DOCTOR ROTH) WAS SEEN by PLAINTIFF

23  (LAUGHING) WITH SOME OTHER OFFICERS WHILE L.T. A. DIAZ,

24  WAS SPRING THIS INMATE!

25          THIS VERY SAME ACTION WITH PEPPER SPRAY

26    TOOK PLACE IN: SEE( DESPAIN V. UPHOFF, 264 F.3d 965,

27  (C.A. 10 (WYO.) 2001). (WITH LESS UNJUSTIFIED PEPPER SPRAY)

28  THIS COURT WILL SET THIS ORDER IN ACTION: WHEREAS,

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

1  PLAINTIFF NOW STATES:
2  I MICHAEL LYNN WATERS, HEREBY CERTIFY, THAT THE FOLLOWING
3  ABOVE AND BELOW IS TRUE AND CORRECT.
4  I FURTHER STATE THAT (IF) THIS COURT IS WILLING AND ANY
5  OF THE OFFICIALS OR STAFF LISTED HERE (STATE) TO THIS
6  COURT THAT: (THEY DIDN'T) DO ANYTHING LISTED HERE:
7         PLAINTIFF REQUEST (A) LIE-DETECTOR TEST
8         PAID FOR BY (HIMSELF). IF PLAINTIFF PAST,
9      ALL DEFENDANT'S WHO TOOK PART TO TRANSFER
10     PLAINTIFF AND HERE, PAY (ALL) COST AND BE (FIRED)
11     FROM (EVER) WORKING FOR CDC/POLICE ENFORCEMENT
       AGAIN.
12
13  PLAINTIFF IS DEAL WITH THIS PSYCHOLOGICAL WAR GAME
14  HERE) AND REQUEST A (PICTURE) OF PLAINTIFF'S CELL AND
15  RIGHT HAND WHERE (GRANDLOMA) WAS REMOVED.
16
17  I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
18  IS TRUE AND CORRECT.
19  _6/19/08_
         DATED:                        Michael Lynn Waters
20                                         SIGNATURE
21
22
          IT IS SO ORDERED
23
24
       _____
25     DATED
                            CHARLES R. BREYER
26                          UNITED STATES DISTRICT
27                             COURT JUDGE
28

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV 8-72)

85 34769

(6 OF 8)

PRISON OFFICIALS VIOLATE THE EIGHTH AMENDMENT WHEN THEY ACT WITH DELIBERATE INDIFFERENCE TO A PRISON CONDITION THAT EXPOSES A PRISONER TO AN UNREASONABLE RISK OF SERIOUS HARM. (HELLING V. MCKINNEY, 509 U.S. 25, 33 (1993). PRISON OFFICIALS ACT WITH DELIBERATE INDIFFERENCE WHEN THEY IGNORE AN OBVIOUS AND SERIOUS DANGER, FARMER V. BRENNAN, 511 U.S. 825, 835 (1994).

YOU SHOULD NOT BE SUBJECTED TO EXTREME HOT OR COLD, AND SHOULD BE GIVEN BEDDING AND CLOTHING APPROPRIATE FOR THE TEMPERATURE GASTON V. COUGHLIN, 249 F. 3d. 156 (2d CIR. 2001).

SANITATION AND PERSONAL HYGIENE, PRISONERS ARE ENTITLED TO SANITARY TOILET FACILITIES, DESPAIN V. UPHOFF, 264 F. 3d. 965 (10TH CIR. 2001) PROPER TRASH PROCEDURES, AND BASIC SUPPLIES SUCH AS TOOTHBRUSHES, TOOTHPASTE, SOAP, SANITARY NAPKINS, RAZORS, AND CLEANING PRODUCTS.

## THE BIG QUESTIONS

SHOULD PLAINTIFF BE PUNISHED BY TAKING ALL OF THIS AWAY FROM HIM, INCLUDING HIS MATTRESS, LEGAL WORK, CIVIL ACTION EVIDENCE BECAUSE OF HIM NOT DOUBLE CELLING ?

DOES PLAINTIFF HAVE A RIGHT TO PRESENT HIS MENTAL HEALTH EVIDENCE PROVIDED BY THE ATTORNEY GENERALS OFFICE THAT HE WAS GRANTED A SINGLE CELL STATUS ?

ALSO, 3161: TITLE 15) INMATE-OWNED LEGAL MATERIALS, TITLE 15. SECTION 3160) INMATES ACCESS TO COURTS (9) STAFF SHALL NOT IN ANY WAY RETALIATE AGAINST OR DISCIPLINE ANY INMATE FOR INITIATING OR MAINTAINING A LAWSUIT.

PLAINTIFF, WILL NOT BE RESPONSIBLE FOR HIS OWN HARM OR DEATH, SHOULD HE ?

(7 OF 8)

CONCLUSION

RESPECTFULLY SUBMITTED

6/20/08
DATED:                              MICHAEL LYNN WATERS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)

85 34769

(7 of 8)

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare the following:

I am over 18 years of age, and a party to the within action.

My address is:    CORCORAN STATE PRISON

P.O. BOX 3461

CORCORAN, CA  93212

On  6/20/2008    , I served a copy of the attached

PRELIMINARY INJUNCTION

On the below-named persons by placing a true copy thereof
in envelope addressed as follows, with first class postage
thereon fully prepaid, and delivering the sealed envelopes,
according to the procedures prescribed for sending legal
mail, to the proper institutional official for deposit
in the United States mail at Corcoran, in the County of
Kings, California.

CLERK OF COURT
U.S. DISTRICT COURTHOUSE
NORTHERN DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO CA 94102

Executed under penalty of perjury this _____ day of
6/20/08 , 200__ , at Corcoran, California.

DECLARANT

(8 OF 8)

RCORAN STATE PRISON
P.O. BOX 3461
RCORAN, CALIFORNIA
93212

TO: CLERK OF COURT

HON: CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

GAL MAIL