IN THE UNITED STATES NORTHERN DISTRICT
COURT OF CALIFORNIA

MICHAEL LYNN WATERS
    PLAINTIFF,

V.

A.W. COOK
    DEFENDANTS,

CASE NO: C07-4683 CRB (PR)

FILED 08 JUL 16 PM 3:46

## MOTION

REQUEST FOR AN COURT ORDER TO THE FOLLOWING CORCORAN OFFICIALS AS TO ACKNOWLEDGE THAT PLAINTIFF SINGLE CELL STATUS IS LEGITIMATE AND NO FURTHER PUNISHMENT IS REQUIRED; UNTIL SUMMARY JUDGEMENT IS RULED ON IN THIS COURT.

PLAINTIFF MICHAEL LYNN WATERS IN PRO SE NOW REQUEST THAT L.T. A. DIAZ, BE INFORMED BY THE UNITED STATES DISTRICT COURT JUDGE OF PLAINTIFF'S SINGLE CELL STATUS, AS I WAS FORCED TO SPEAK WITH L.T. A. DIAZ, TODAY ON 7/9/08: HE HAS STATED AGAIN THAT THE ATTORNEY GENERAL'S OFFICE HAS NO SAY-SO CONCERNING MY SINGLE CELL STATUS.

HOWEVER, AS THE ATTORNEY GENERAL'S OFFICE IS REPRESENTING ALL OF THE DEFENDANTS, L.T. A. DIAZ, CARE LESS ABOUT THEM: THE WARDEN HERE NOR CAPTAIN CAN CONTROL HIM. NOW, MY LIFE IS WITHIN THE HANDS OF CCI-D. WHITE WHO DON'T SPEAK TO ANYONE UNTIL HE IS READY. I'M BEING PUNISHED ALOT WORSE THAN THIS ACTUAL CIVIL CASE AT HAND.

## ORDER

THAT PLAINTIFF MICHAEL LYNN WATERS IS SINGLE CELL STATUS AS STATED ON HIS ORIGINAL 602 GRANTED BY ICC ON 3/6/06 AT PBSP.

_____
DATED

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

# UNITED STATES NORTHERN DISTRICT COURT

## CERTIFICATION OF SERVICE

I, MICHAEL LYNN WATERS, HEREBY CERTIFY THAT I AM OVER THE AGE OF (18) YEARS AND A PARTY TO THE WITHIN ACTION. ON 7-9-08, I SERVED THIS MOTION ON THE LISTED PARTYS BELOW BY PLACING SAID MOTION IN THE U.S. MAIL HERE AT CORCORAN STATE PRISON P.O. BOX 3461 CORCORAN, CA 93212.

CLERK OF COURT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE,
SAN FRANCISCO, CA
94102

L.T. A. DIAZ,
CORCORAN STATE PRISON
P.O. BOX 3461
3A03 AD-SEG
CORCORAN, CA
93212

COLEMAN PROJECT TEAM
HEALTH CARE SERVICE DIVISION
P.O. BOX 942883
SACRAMENTO, CA 94283

ATTORNEY GENERAL'S OFFICE
DEPUTY ATTORNEY GENERAL
LILY A. KORMAN
455 GOLDEN GATE AVE,
SUITE - 11000
SAN FRANCISCO, CA
94102-7004

NORTHERN REGIONAL ADMINISTRATOR
K. KRAMER /OTHER
P.O. BOX 942883
SACRAMENTO, CA
94283-0001

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

7-9-08
DATED.

Michael Lynn Waters
SIGNATURE

MICHAEL LYNN WATERS
# P-16171   3A03 212
CORCORAN STATE PRISON
P.O. BOX 3461
CORCORAN, CALIFORNIA
93212

"  LEGAL-MAIL  "

CORCORAN STATE PRISON



Hasler
$00.590
Mailed From 93212
07/14/2008
US POSTAGE

TO: CLERK OF COURT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE,
SAN FRANCISCO, CALIFORNIA
94102