IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LYNN WATERS
　　　　PLAINTIFF,

V.

A.W. COOK
　　　　DEFENDANTS,

C 07-4683-CRB (PR)

CASE NO.:

FILED SEP 15 PM 2:4

SHORT NOTICE TO THE
CLERK OF COURT
FOR REQUEST AND
INFORMATION

PLEASE TAKE NOTICE - AS THE PLAINTIFF IN THE ABOVE ACTION. I REQUEST ANY INFORMATION OR KNOWLEDGE OF PROOF TO ADDRESS OTHER PRISON OFFICIALS OF THE BEING AN OBVIOUS TARGETS OR PREY FOR ASSAULTS BY OTHER INMATES DUE TO MENTAL ILLNESS/HEALTH OR THAT I'M FORCED TO AN OUTBREAK OF VIOLENCE, MAKING CONDITIONS LESS SAFE AND SECURE FOR MYSELF AS WELL,

　　FIRST AND MOST IMPORTANTLY - HAS THERE BEEN ANY RULING TOWARD PLAINTIFFS MOTION FOR SUMMARY JUDGMENT IN THIS CASE? OR:
　　WHEN TO EXPECT AN ANSWER? (SECONDLY →
　　　　(1 of 5)

IF I HAVE TO PAY THE COST,⟩ UNDER THIS CASE NUMBER⟩ PLEASE SEE: CASE:⟩ 3:07-CV-04683-CRB⟩ DOCUMENT- 25⟩ FILED - 05/09/2008⟩ PAGE- 4 of 8⟩ LINES: 25-28⟩ DEFENDANT(S)⟩

THE DEFENDANT(S) HAS ACKNOWLEDGED AND CLEARLY STATED THAT PLAINTIFF WAS SINGLE CELLED STATUS ON ⟨3/6/06⟩ IN ICC⟩?

THE ONLY DISPUTE FROM THE DEFENDANT(S) IS THAT PLAINTIFF DID-NOT EXHAUST ADMINISTRATIVE REMEDY AT THE ⟨SECOND-LEVEL⟩?

⟨HELP THAT'S REQUESTED⟩

WOULD IT BE POSSIBLE OR COULD BE POSSIBLE FOR YOU TO STATE IN SOME LEGAL PAPER-WORK THAT PLAINTIFF IS ON ⟨SINGLE CELL STATUS⟩?

BECAUSE, I WAS MOVED TO CORCORAN STATE PRISON ON ⟨5/2/08⟩ HOWEVER, DEFENDANT(S) MOTION TO DISMISS WAS FILED ON ⟨5/9/08⟩. THEREFORE →

⟨2 of 5⟩

CORCORAN OFFICIALS ARE, (CONTINUE) TO PUNISH ME FOR NOT (DOUBLE CELLING)!

LT. A. DIAZ > A.W. LOPEZ > A.W. K. COMAITES > WARDEN ADAMS > CCI D. WHITE > 3A03 ASU-CAPTAIN >

HAS STATED THAT:

THEY ARE PUNISHING ME FOR NOT DOUBLE-CELL FROM THE > 128-G WROTE by CCII-EDWARDS ON < 4/23/08 > ! OVER (WARDENS)

AS THESE DEFENDANT(S) ABOVE, HAS BEEN PLACED UNDER DOCUMENT (NO. 1.08-CV-00737-OWW-GSA(PC) IN THE EASTERN DISTRICT COURT.

PLAINTIFF BEG/PLEA THAT THIS COURT ISSUE SOMETHING FOR CORCORAN OFFICIALS TO ACKNOWLEDGE? PLAINTIFF HAS BEEN (PEPPER SPRAYED) > NO- CLEANER, SPOON, CUP, MATTRESS, T.V., FOR CCCMS FOR NOT DOUBLE-CELLING, BUTT HOLE IS HURTING AND BLEEDING! PUS CAME FROM RIGHT BIG TOE NAIL! NURSE SAID TODAY- IF MY TOE PUS UP AGAIN- LET THE KNOW. AND TO SIT ANOTHER WAY FOR MY BUTT HOLE! SLEEPING AND SITTING ON STEEL!   (3 OF 5)

## CONCLUSION

THAT THIS COURT FORWARD ANY INFORMATION THAT PLAINTIFF IS SINGLE CELLED TO STOP PUNISHMENT. THIS IS THE VERY SAME ISSUE BUT WORSTEN!

RESPECTFULLY

9/9/08
DATED

MICHAEL LYNN WATERS
PRINT-HERE

(4 of 5)

CERTIFICATION OF SERVICE

I MICHAEL LYNN WATERS, CERTIFY THAT I AM OVER THE AGE OF (18) YEARS AND A PARTY TO THE WITHIN ACTION. ON 9-9/08, I SERVED THE SHORT DOCUMENT ON THE LISTED PARTY(S) BELOW BY PLACING SAID DOCUMENT IN THE U.S. MAIL HERE AT - CORCORAN STATE PRISON - P.O. BOX 3461 - CORCORAN, CALIFORNIA 93212:

    CLERK OF COURT
    U.S. DISTRICT COURT FOR
    THE NORTHERN DISTRICT OF CALIFORNIA
      450 GOLDEN GATE AVE,
      16TH FLOOR
    SAN FRANCISCO, CALIFORNIA
            94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

  9/9/08           Michael Lynn Waters
  DATED            SIGNATURE

(5 of 5)

