IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LYNN WATERS, | ) | |
| Plaintiff(s), | ) | No. C 07-4683 CRB (PR) |
| v. | ) | ORDER OF DISMISSAL |
| A. W. COOK, et al., | ) | (Docs # 25, 30, 35, 36 & 37) |
| Defendant(s). | ) | |

Pursuant to the parties' notice and stipulation of dismissal filed on October 10, 2008, the action is DISMISSED with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).

The clerk is instructed to close the file and terminate all pending motions (see, e.g., docs # 25, 30, 35, 36 & 37) as moot.

SO ORDERED.

DATED: Oct. 17, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Waters, M2.dismissal.wpd